**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

DAVID SUNSHINE and
KELLY T. HICKEL

Plaintiffs,

v.

No. 05-773 T (Chief Judge Damich)

UNITED STATES OF AMERICA

Defendant.

**REPLY TO COUNTERCLAIM**

In reply to the defendant's counterclaim, the plaintiffs deny each and every allegation in the counterclaim that is not admitted below.

Plaintiffs further:

1. Admit the allegation contained in paragraph 70 of the Answer and Counterclaim.

2. Admit the allegation contained in paragraph 71 of the Answer and Counterclaim as it pertains to Plaintiff Kelly T. Hickel and deny the allegation as it pertains to Plaintiff David Sunshine as his total payment has been $31,996.

3-4. State that the allegations contained in paragraphs 72-73 of the Answer and Counterclaim constitute legal arguments to which no response is required.

5. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph 74 of the Answer and Counterclaim.

Wherefore, Plaintiff David Sunshine and Plaintiff Kelly Hickel request that the counterclaim be dismissed, with costs assessed against the defendant, that judgment be entered in their favor in the amounts of $31,996 and $300, respectively, or such other amounts as may be legally refundable, plus interest and costs allowed by law, that the remainder of the penalties assessed against the Plaintiffs be abated, and such other and further relief as the Court may deem just and appropriate, including Plaintiffs' costs and attorneys' fees.

**DATED**: November 4, 2005

Respectfully submitted,

s/ Theodore Z. Gelt
THEODORE Z. GELT
Attorney of Record
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400

Of Counsel:

s/ Jeff C. Tauscher
JEFF C. TAUSCHER
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400

ATTORNEYS FOR PLAINTIFFS