IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of thirty (30) days, from December 27, 2005, to and including January 26, 2006, within which to file a joint preliminary status report. This is the first enlargement of time defendant has requested for this purpose.

As good cause for its motion, defendant states that the undersigned trial attorney has significant work commitments that preclude a meaningful and productive early meeting of counsel prior to the current deadline of December 27, 2005. These commitments include substantial time assisting with the preparation of post-trial briefs in a matter pending before Judge Williams, Jade Trading v. United States, Fed. Cl. No. 03-2164T, and a long-standing commitment to attend a Department of Justice training program in South Carolina from December 5 to 15, 2005.

Defendant's attorney of record spoke with plaintiffs' counsel by telephone on

November 17, 2005, and counsel stated that plaintiffs have no objection to the requested enlargement.

Respectfully submitted,

s/ Jennifer P. Wilson

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495 - phone
(202) 514-9440 - fax
jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/ Robert J. Higgins
Of Counsel

November 18, 2005