CHRON

BROBECK
PHLEGER &
HARRISON
LLP
ATTORNEYS AT LAW

TELEPHONE: (619) 234-1966
FACSIMILE: (619) 234-3848 (12TH FLOOR)
WRITER'S DIRECT DIAL: (619) 699-0215
EMAIL: tgraham@brobeck.com

550 WEST C STREET
SUITE 1300
SAN DIEGO
CA 92101-3532
www.brobeck.com

February 17, 2000

Via Facsimile

Ms. Patricia Taylor
Acting Chief in Solvency II
Internal Revenue Service
600 17th Street
Denver, CO 80202
Mail Stop 5012 DEN

Dear Ms. Taylor:

This firm represents Sweepco LLC who is a co-proponent of the Plan of Reorganization for Interstate Sweeping, Ltd. I am writing this letter at the request of Jim Hill, the principal of Sweepco LLC.

I am authorized to advise you that the Reorganized Debtor pursuant to the Plan of Reorganization will pay the trust fund portion of the taxes due post-petition which are approximately $400,000, payment to be over 4 years with interest at 7%.

It is extremely important that we have confirmation from the Internal Revenue Service to this arrangement. Without such confirmation being received before February 23, 2000, we do not believe the Plan of Reorganization will be confirmed and the proceeding may be converted to Chapter 7. Given that the estate of Interstate Sweeping, Ltd. is administratively insolvent, there will be no funds available to pay the Internal Revenue Service if the case is converted.

Your attention to this is most appreciated.

Very truly yours,

Theodore W. Graham

TWG:jbo

EXHIBIT
tabbies
C