Internal Revenue Service

Department of the Treasury

600 17th Street,

Denver, Colorado 80202-2490

February 23, 2000

Mr. Glen E. Keller, Jr.
Davis, Graham & Stubbs LLP
Attorneys at Law
Suite 4700
370 17th Street
Denver, CO 80202

Re: In re Interstate Sweeping, Ltd.; EIN No. 84-1458542 and IG Services, Group LLC; EIN No. 84-1412960; In the United States Bankruptcy Court for the District of Colorado; Case No. 99-11500-MSK; Case No. 99-11501-MSK, respectively; jointly administered under Case No. 99-11500-MSK

---

Dear Mr. Keller,

This will confirm that the Internal Revenue Service does not object to the provision for its priority tax claim in the FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF INTERSTATE SWEEPING, LTD., IG SERVICES GROUP, LLC AND SWEEPCO, LLC, as provided to this office by facsimile transmission this date.

Sincerely,

Mara Eckhardt
Chief, Special Procedures Branch

EXHIBIT F

TOTAL P.02