FILED
BRADFORD L. BOLTON
CLERK
2000 FEB 28 P 3: 34
DISTRICT OF COLORADO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 99-11500 MSK - Chptr. 11 |
| | ) | Case No. 99-11501 MSK - Chptr. 11 |
| Interstate Sweeping Ltd. | ) | |
| EIN 84-1458582 | ) | Jointly Administered under |
| | ) | Case No. 99-11500 MSK |
| IG Services Group, LLC | ) | |
| EIN 84-1412960 | ) | |

**STIPULATION TO PLAN AMENDMENTS**

COME NOW the Debtor and shows unto the Court that the Debtor and the Internal Revenue Service have agreed to certain amendments in the Plan of Reorganization as discussed on the record at the time of the hearing upon confirmation of the Plan, and as evidence thereof, have attached hereto copies of a letter agreement between the Internal Revenue Service and Debtors to those amendments.

Dated this 28th of February, 2000

DAVIS, GRAHAM & STUBBS LLP

By: [signature]

Glen E. Keller, Jr., #03113
Sonaly A. Kirkley, #030066
370 17th Street, Ste. 4700
P.O. Box 185
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 893-1379

Attorneys for Interstate Sweeping, Inc. and IG Services, LLC

EXHIBIT
G

GLEN E. KELLER, JR.
(303) 303-892-7424
glen.keller@dgslaw.com

DAVIS, GRAHAM & STUBBS LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

SUITE 4700
370 SEVENTEENTH STREET
DENVER, COLORADO 80202
MAILING ADDRESS
POST OFFICE BOX 185
DENVER, COLORADO 80201-0185
TELEPHONE 303-892-9400 TELEX 413726 DGS DVR UD
FACSIMILE 303-893-1379 CABLE DAVGRAM, DENVER

BOULDER, CO OFFICE
VIEW POINT ON THE PARKWAY
4410 ARAPAHOE AVENUE
SUITE 200
BOULDER, COLORADO 80303
TELEPHONE 303-544-5900
FACSIMILE 303-544-5997

February 24, 2000

Ms. Mara Eckhardt
Chief, Special Procedures Branch
Internal Revenue Service
600 17th Street
Denver, CO 80202-2490

**HAND DELIVERED**

Re: Interstate Sweeping, Ltd, EIN No. 84-1458542 and IG Services Group LLC, EIN No. 84-1412960; In the United States Bankruptcy Court for the District of Colorado; Case No. 99-11500 MSK; Case No. 99-11501 MSK, respectively; Jointly Administered as Case No. 99-11500 MSK

Dear Ms. Eckhardt:

Thank you for your confirming letter dated February 23, 2000 regarding the provisions for the priority tax claim of the Internal Revenue Service in the Fifth Amended Joint Plan of Reorganization of Interstate Sweeping, Ltd, IG Services Group, LLC and Sweepco, LLC.

We have amended the language of the paragraph in two particulars. First, we have clarified that the Reorganized Debtor has the obligation to file returns and pay taxes and its default triggers the default provisions. Second, we have amended part (c) of the last sentence of paragraph 3.3 of the Plan which read:

> At its sole option, the IRS shall also have the right to an order providing for the immediate conversion of the case to one under Chapter 7 subject to the procedures described above in the Plan.

It now reads:

> In its sole discretion, the IRS shall also have the right to seek an order, after notice and a hearing, providing for the immediate conversion of the case to one under Chapter 7 subject to the procedures described above in this Plan.

We have attached a copy of paragraph 3.3 as amended for your file.

Please confirm, by signature upon the copy of this letter enclosed, the acceptance of the Internal Revenue Service to the amendments. We are required to file with the court evidence of your acceptance on or before February 29, 2000.

Thank you for your cooperation.

Sincerely,

Glen E. Keller, Jr.

Enclosures
GEK/sas

The Internal Revenue Service does not object to the modifications.
February 25, 2000

Mara Eckhardt
Chief, Special Procedures Branch