FILED
BRADFORD L. BOLTON, CLERK
MAR - 7 2000
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Marcia S. Krieger

| | | |
|---|---|---|
| In re: | ) | |
| INTERSTATE SWEEPING LTD., | ) | Jointly Administered |
| EIN 84-145-8582 | ) | Case No. 99-11500 MSK |
| IG SERVICES GROUP, LLC | ) | Chapter 11 |
| EIN 84-14129601 | ) | |
| Debtors. | ) | |

RECEIVED
MAR 8 2000
DAVIS. GRAHAM & STUBBS LLP

## ORDER CONFIRMING PLAN

THIS MATTER comes before the Court for consideration of confirmation of the Fifth Amended Joint Plan of Reorganization of Interstate Sweeping, Ltd., IG Services Group, LLC and Sweep Co., LLC, dated March 2, 2000 (Plan). Based upon evidence or offer of proof presented in open court and review of prior iterations of the Plan, the Court

**FINDS** that:

1. Acceptance of a prior version of the Plan was properly solicited and creditors, equity security holders and other parties in interest received adequate notice of and had an opportunity to object to confirmation of the Plan. Objections were made but were withdrawn upon modification of the Plan. The modifications made by the proponents since solicitation doe not adversely affect accepting creditors.

2. The Plan satisfies the requirements of 11 U.S.C. § 1129(a).

**IT IS THEREFORE ORDERED** that:

1. The Plan is **CONFIRMED**, effective March 2, 2000.

2. The Debtor, any entity issuing securities under the Plan, any entity acquiring property under the Plan, and any creditor, equity security holder or general partner of the Debtor is bound by the provisions of the Plan.

3. Except as otherwise provided in the Plan, all property of the estate is hereby vested in the Debtor.

EXHIBIT
tabbies
H

425

4. Except as otherwise provided in the Plan or by 11 U.S.C. § 1141(d)(2) or (3), all property dealt with by the Plan is hereby free and clear of all claims and interests of creditors, equity security holders and general partners in the Debtor.

5. The Plan Proponent shall, within 15 days of the entry of this Order, mail to all parties in interest in the Chapter 11 case notice of entry of this Order pursuant to Bankruptcy Rule 2002(f) and file a Certificate of Mailing with the Court evidencing such compliance.

6. The debts of the Debtor are discharged to the extent provided by 11 U.S.C. § 1141(d).

7. Any applications for compensation for services or reimbursement of costs or expenses in connection with the case, or in connection with the Plan and incident to the case shall be filed on or before April 10, 2000.

8. Pursuant to 11 U.S.C. § 704(9) as incorporated by § 1106(a)(1) the Reorganized Debtor shall file a final report on or before **May 31, 2000.** If the administration of the estate is not complete by such date the Reorganized Debtor shall file an interim report by such date advising the Court as to when the estate will be fully administered.

Dated this 7th day of March, 2000.

**BY THE COURT:**

Marcia S. Krieger

Marcia S. Krieger, Chief Judge
United States Bankruptcy Court