RECEIVED BY
GELT & GRASSGREEN P.C.

MAR 25 2004

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**

Date: March 23, 2004

Person to Contact:
M. Kay Moncla
Telephone Number:
801 799-6886
FAX Number:
801 799-6905
Employee Identification Number:
3197-6916
Refer Reply to:
M. Kay Moncla

Ted Gelt
Gelt,Paddison & Grassgreen P.C.
303 E. 17th Ave., Suite 910
Denver, CO 80203

Re: Kelly T. Hickle
843 Claim

**CERTIFIED MAIL**

We have considered your request for a refund of $200.00 and abatement of $169,022.01 assessed against you for the tax periods ended September 30, 1999 and December 31,1999. We assessed this amount under Internal Revenue Code (IRC) section 6672 because Interstate Sweeping did not pay the federal tax(es) due for the tax period(s) ended September 30, 1999 and December 31, 1999. This is your legal notice that your claim for refund and abatement is disallowed.

Our records show the assessment was made on the basis of facts ascertained during our investigation of Interstate Sweeping (84-1458582). Your claim produced no information or evidence to support a change in the original assessment, and the decisions of the Appeals Division was to sustain that assessment. No consideration may therefore be given to your claim. This is your legal notice that your claim is disallowed.

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid, and for which this notice of disallowance is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. Please note, that even though you have complied with the requirements of Internal Revenue Code section 6672(c)(1) up to this point, the Internal Revenue Service may initiate collection action for the remaining unpaid portion of this liability if you do not file suit within 30 days from the date of this letter.

For any unpaid section 6672 liability that arises from periods beginning or transactions occurring after December 31, 1998, the Internal Revenue Service is required to suspend most of its collection activities if you file a proper lawsuit

EXHIBIT
K

seeking a refund of those amounts listed on your disallowed refund claim for the section 6672 liability. While the Internal Revenue Service is prohibited from collecting the unpaid portion of your liability by levy, the limitation period for the Internal Revenue Service to collect this liability is also suspended, pursuant to IRC sections 6331(i)(5) and 6672(c)(4).

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Technical Services Territory Manager