

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 21, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kelly T. Hickel, SSN: ███████ for Civil Penalty, for tax period June 30, 1999, consisting of two pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT**
_1_

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

KELLY T HICKEL                    EIN/SSN: ███████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: JUNE 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-318-14503-3 | 3.94 | | 11-14-2003 |
| | PROMPT ASSESSMENT 29251-318-14503-3 | 0.00 | | 11-14-2003 |
| | INTEREST ASSESSED 200350 | 0.02 | | 12-22-2003 |
| 12-22-2003 | UNDERPAYMENT CLEARED | | 3.96 | |
| 01-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 100.00 | |
| 01-05-2004 | RECEIVED POA/TIA | | | |
| 01-13-2004 | OVERPAYMENT CREDIT TRANSFERRED 1040      200212 | | (100.00) | |
| 01-13-2004 | XREF 100% PENALTY 941      199906 84-1458582 | | | |
| 01-13-2004 | XREF 100% PENALTY ████████  199906 | | | |
| 11-14-2003 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

KELLY T HICKEL                          EIN/SSN: ▮▮▮▮▮▮▮


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: JUNE 1999
------------------------------------------------------------------------


BALANCE        0.00
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.    I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 10/21/2005

FORM 4340  (REV. 01-2002)              PAGE    2



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date:  October 21, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kelly T. Hickel, SSN: ▮▮▮▮▮ for Civil Penalty, for tax period September 30, 1999, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT**
**2**

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

KELLY T HICKEL                          EIN/SSN: ███████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-318-14504-3 | 13,401.75 | | 11-14-2003 |
| | PROMPT ASSESSMENT 29251-318-14504-3 | 0.00 | | 11-14-2003 |
| | INTEREST ASSESSED 200350 | 55.92 | | 12-22-2003 |
| 01-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 100.00 | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-05-2004 | RECEIVED POA/TIA | | | |
| 01-13-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-441-53063-4 | | 100.00- | |
| 01-13-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-441-53064-4 | | 100.00- | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

KELLY T HICKEL                          EIN/SSN: ██████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|
| 01-13-2004 | XREF 100% PENALTY ██████████ 199909 | | | |
| 01-13-2004 | XREF 100% PENALTY 941        199909 84-1458582 | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-19-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-14-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-615-53052-4 | | 13,101.75- | |
| 06-14-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-615-53054-4 | | 53.95- | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

KELLY T HICKEL                          EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 06-14-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-615-53055-4 | | 1.97- | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 08-16-2005 | LEGAL SUIT PENDING | | | |
| 11-14-2003 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

KELLY T HICKEL                         EIN/SSN: ██████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1999
--------------------------------------------------------------------------


BALANCE              0.00
--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:___SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 10/21/2005

FORM 4340  (REV. 01-2002)                    PAGE    4

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: October 21, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kelly T. Hickel, SSN: ▮▮▮▮▮▮ for Civil Penalty, for tax period December 31, 1999, consisting of four pages ——————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT**
**3**

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------████-----------------------

KELLY T HICKEL                          EI█ ████████████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC   1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-318-14505-3 | 155,616.32 |  | 11-14-2003 |
|  | PROMPT ASSESSMENT 29251-318-14505-3 | 0.00 |  | 11-14-2003 |
|  | INTEREST ASSESSED 200350 | 649.36 |  | 12-22-2003 |
| 01-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT |  | 100.00 |  |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 01-05-2004 | RECEIVED POA/TIA |  |  |  |
| 01-13-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-441-53065-4 | 100.00- |  |  |
| 12-22-2003 | XREF 100% PENALTY ████████████   199912 |  |  |  |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

KELLY T HICKEL                              EI █████████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 12-22-2003 | XREF 100% PENALTY<br>941          199912<br>84-1458582 | | | |
| 06-28-2004 | REVERSAL OF MODULE<br>BLOCKED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |
| 06-21-2004 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 1,500.00 | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT<br>LEVY PROGRAM | | | |
| 04-15-2004 | MISCELLANEOUS PENALTY<br>ADJUSTMENT<br>IRC 6672 TRUST FUND<br>RECOVERY PENALTY/RELATED<br>PERSONAL CREDIT<br>83254-584-53069-4 | 0.24- | | |
| 04-15-2004 | MISCELLANEOUS PENALTY<br>ADJUSTMENT<br>IRC 6672 TRUST FUND<br>RECOVERY PENALTY/RELATED<br>PERSONAL CREDIT<br>83254-584-53070-4 | 16,530.94- | | |
| 07-19-2004 | MODULE REVERSED OUT OF<br>FEDERAL PAYMENT LEVY<br>PROGRAM | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------    ---------------------

KELLY T HICKEL                              EI█████████████████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC   1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

08-16-2005 LEGAL SUIT PENDING

11-14-2003 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                 PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

KELLY T HICKEL                    EI█████████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1999
------------------------------------------------------------------------

BALANCE        138,034.50
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 10/21/2005

FORM 4340  (REV. 01-2002)                PAGE    4



# United States       of America

### Department of the Treasury
### Internal Revenue Service

Date: October 21, 2005

CERTIFICATE OF ███████IAL RECORD

I certify that the annexed:   is a true Form 4█████████e of Assessments, Payments and Other
Specified Matters for David Sunshine, SSN: ████████   for Civil Penalty, for tax period June 30,
1999, consisting of two pages ──────────────────────────────

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

EXHIBIT
4

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DAVID SUNSHINE                         EIN/SSN: ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-318-14500-3 | 3.94 | | 11-14-2003 |
| | PROMPT ASSESSMENT 29251-318-14500-3 | 0.00 | | 11-14-2003 |
| | INTEREST ASSESSED 200350 | 0.02 | | 12-22-2003 |
| 12-22-2003 | UNDERPAYMENT CLEARED | | 3.96 | |
| 01-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 100.00 | |
| 01-05-2004 | RECEIVED POA/TIA | | | |
| 01-13-2004 | OVERPAYMENT CREDIT TRANSFERRED CVPN         199909 | | (100.00) | |
| 01-13-2004 | XREF 100% PENALTY 941         199906 84-1458582 | | | |
| 01-13-2004 | XREF 100% PENALTY ████████         199906 | | | |
| 11-14-2003 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DAVID SUNSHINE                    EIN/SSN: ▮▮▮▮▮▮▮


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 1999
------------------------------------------------------------------------


BALANCE           0.00
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME: _____ Linda L. Drake _____

TITLE: _____ Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: ___ SW Delegation Order 198 _____

LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 10/21/2005

FORM 4340  (REV. 01-2002)                PAGE     2



# United States     of America

### Department of the Treasury
### Internal Revenue Service

Date: October 21, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:     is a true Form 4340,  of Assessments, Payments and Other Specified Matters for David Sunshine, SSN: ███████, for Civil Penalty, for tax period September 30, 1999, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT**
**5**

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DAVID SUNSHINE                          EIN/SSN: █████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-318-14501-3 | 13,401.75 | | 11-14-2003 |
| | PROMPT ASSESSMENT 29251-318-14501-3 | 0.00 | | 11-14-2003 |
| | INTEREST ASSESSED 200350 | 55.92 | | 12-22-2003 |
| 01-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 100.00 | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-05-2004 | RECEIVED POA/TIA | | | |
| 01-13-2004 | OVERPAID CREDIT APPLIED CVPN        199906 | | 100.00 | |
| 01-13-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-440-53071-4 | 100.00- | | |
| 01-13-2004 | XREF 100% PENALTY ██████ 199909 | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

DAVID SUNSHINE                          EIN/SSN: ██████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1999

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |

------------------------------------------------------------------------------

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-13-2004 | XREF 100% PENALTY 941        199909 84-1458582 |  |  |  |
| 04-15-2001 | OVERPAID CREDIT APPLIED 1040        200012 |  | 13,103.73 |  |
| 06-14-2004 | INTEREST ABATED |  | 53.95- |  |
| 06-14-2004 | OVERPAYMENT CLEARED |  |  | (0.01) |
| 06-14-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 11-14-2003 | Statutory Notice of Balance Due |  |  |  |


FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DAVID SUNSHINE                          EIN/SSN: ███████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1999
--------------------------------------------------------------------------


BALANCE          0.00
--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME: _____ Linda L. Drake _____

TITLE: _____ Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: ___ SW Delegation Order 198 _____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/21/2005

FORM 4340  (REV. 01-2002)              PAGE     3

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: August 17, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for David Sunshine, SSN: , for Civil Penalty, for tax period December 31, 1999, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

**EXHIBIT**
**6**
PENGAD-Bayonne, N.J.

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------████████████████----------------------

DAVID SUNSHINE                          EIN ████████████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|---------------------|----------------|----------------|
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-318-14502-3 | 155,616.32 | | 11-14-2003 |
| | PROMPT ASSESSMENT 29251-318-14502-3 | 0.00 | | 11-14-2003 |
| | INTEREST ASSESSED 200350 | 649.36 | | 12-22-2003 |
| 01-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 100.00 | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-05-2004 | RECEIVED POA/TIA | | | |
| 01-13-2004 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED PERSONAL CREDIT 83254-441-53066-4 | | 100.00- | |
| 12-22-2003 | XREF 100% PENALTY ████████████ 199912 | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------        ---------------------

DAVID SUNSHINE                                EIN

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 12-22-2003 | XREF 100% PENALTY<br>941          199912<br>84-1458582 | | | |
| 04-15-2001 | OVERPAID CREDIT APPLIED<br>1040          200012 | | 16,530.94 | |
| 05-31-2004 | INTEREST OVERPAYMENT<br>CREDIT<br>1040          200012 | | 0.24 | |
| 06-28-2004 | REVERSAL OF MODULE<br>BLOCKED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT<br>LEVY PROGRAM | | | |
| 08-20-2004 | FEDERAL TAX LIEN | | | |
| 09-13-2004 | FEES AND COLLECTION COSTS | 42.00 | | |
| 09-27-2004 | MODULE REVERSED OUT OF<br>FEDERAL PAYMENT LEVY<br>PROGRAM | | | |
| 06-21-2004 | MISCELLANEOUS PENALTY<br>ADJUSTMENT<br>IRC 6672 TRUST FUND<br>RECOVERY PENALTY/RELATED<br>PERSONAL CREDIT<br>83254-665-53029-4 | 1,500.00- | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------                    --------------------

DAVID SUNSHINE                              EIN

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1999

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------


08-08-2005 LEGAL SUIT PENDING

11-14-2003 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------    --------------------

DAVID SUNSHINE                          EIN █████████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1999
-----------------------------------------------------------------------

BALANCE        138,076.50

-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 08/17/2005

FORM 4340  (REV. 01-2002)              PAGE    4