IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

NOTICE OF FILING
JOINT PRELIMINARY STATUS REPORT APPENDIX EXHIBIT 7

---

The parties filed a Joint Preliminary Status Report on January 26, 2006. Defendant, the United States, stated in that report that it would separately submit one of its documents, identified as Exhibit 7, Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for David Sunshine, for U.S. Individual Income Tax Return, for tax period 2000, as soon as it became available. The document has become available, and is now submitted with this Notice of Filing to be included with the Appendix to the Joint Preliminary Status Report.

Respectfully submitted,

s/Jennifer P. Wilson

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Robert J. Higgins

February 2, 2006 Of Counsel