

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 11, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for David Sunshine, SSN: 5▇▇▇▇▇▇, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2000, consisting of three pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 7**

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
DAVID SUNSHINE                                EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2000
                                              ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION       OTHER DEBITS     CREDIT        DATE (23C,
                                              (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                       122,594.00

             TAXABLE INCOME
                        30,380.00

             SELF EMPLOYMENT TAX
                           228.00

04-22-2004   RETURN FILED & TAX ASSESSED                       4,304.00      06-14-2004
             09221-136-22334-4   200422

04-15-2001   WITHHOLDING & EXCESS FICA                         36,000.00

04-15-2001   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-2001

08-16-2001   EXTENSION OF TIME TO FILE
             EXT. DATE   10-15-2001

04-21-2004   RECEIVED POA/TIA

04-15-2001   OVERPAYMENT CREDIT                                (469.12)
             TRANSFERRED
             1040          200112

05-31-2004   INTEREST DUE TAXPAYER                             0.24

04-15-2001   OVERPAYMENT CREDIT                                (1,547.00)
             TRANSFERRED
             1040          200212

04-15-2001   OVERPAYMENT CREDIT                                (45.00)
             TRANSFERRED
             1040          200212

04-15-2001   OVERPAYMENT CREDIT                                (0.21)
             TRANSFERRED
             1040          200212

04-15-2001   OVERPAYMENT CREDIT                                (13,103.73)
             TRANSFERRED
             CVPN          199909

FORM 4340   (REV. 01-2002)              PAGE     1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
DAVID SUNSHINE                                    EIN/SSN:        ▮▮▮▮2


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
04-15-2001  OVERPAYMENT CREDIT                           (16,530.94)
            TRANSFERRED
            CVPN         199912

05-31-2004  OVERPAYMENT INTEREST                         (0.24)
            TRANSFERRED
            CVPN         199912

04-01-2002  Taxpayer Deliquency Notice

07-07-2003  Taxpayer Deliquency Notice

09-01-2003  Taxpayer Deliquency Notice


FORM 4340   (REV. 01-2002)              PAGE    2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
DAVID SUNSHINE                                      EIN/SSN:  ███████


████    TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC   2000
------------------------------------------------------------------------------


BALANCE             0.00

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:        Linda L. Drake

TITLE:             Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 01/11/2006

FORM 4340   (REV. 01-2002)                        PAGE     3
```