IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

STIPULATION FOR DISMISSAL

---

It is hereby stipulated and agreed that Plaintiff David Sunshine's refund claim for tax year 2000 in the above-entitled case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses in connection with the litigation of this claim.

Respectfully submitted,

s/Theodore Z. Gelt
THEODORE Z. GELT
JEFF C. TAUSCHER
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
(303) 830-1200
Fax (303) 830-9400

*Attorneys for Plaintiffs*

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Robert J. Higgins
Of Counsel

February 22, 2006