# In the United States Court of Federal Claims

No. 05-773 T
(Filed: March 1, 2006)

*********************************************
**DAVID SUNSHINE and KELLY T. HICKEL,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************************

**ORDER**

In the Joint Preliminary Status Report filed January 26, 2006, Defendant's counsel notified the Court that, as Plaintiffs could be held jointly and severally liable under Internal Revenue Code § 6672, joint representation by Plaintiffs' counsel could present a conflict of interest. At the Preliminary Status Conference, held on March 1, 2006, Defendant's counsel stated that she simply wanted to bring the matter to the attention of the Court to avoid disruption of the proceedings at some later point in time. Plaintiffs' counsel stated, however, that each of the Plaintiffs has waived the potential conflict of interest. The Court and counsel for both Parties believe that the waiver may dispose of the matter. For the record, the Court ORDERS Plaintiffs to file a copy of the waiver with the Court on or before **March 8, 2006**.

In compliance with Rules 30 and 33 of the Rules of the Court of Federal Claims and this Court's current Special Procedures Order, the Court will allow ten (10) depositions and twenty-five (25) interrogatories. During fact discovery, Defendant may petition for leave of the Court to serve additional interrogatories, stating with particularity why the interrogatories are necessary and are not cumulative.

Pursuant to the Preliminary Status Conference, the Court ORDERS the following:

1. Plaintiffs shall notify this Court when they intend to file their refund suit for tax year 2000 so that that case can be assigned to this Court.

2. Discovery shall proceed according to the following schedule:

| | |
|---|---|
| Fact discovery ends | **June 30, 2006** |
| Plaintiffs' expert reports due | **June 1, 2006** |
| Depositions of Plaintiffs' experts by | **June 30, 2006** |
| Defendant's expert reports due | **August 1, 2006** |
| Depositions of Defendant's experts by | **September 1, 2006** |
| Rebuttal reports due | **October 2, 2006** |
| All discovery ends | **October 2, 2006** |

3. The Parties shall file a Joint Status Report on or before **July 14, 2006**.

4. The Parties shall appear for a Status Conference on **July 21, 2006** at 2:00 pm Eastern Time. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483, to provide the number where he or she can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge