IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

# CONSENT TO DUAL REPRESENTATION

---

Plaintiffs David Sunshine and Kelly T. Hickel hereby submit their Consent to Dual Representation by Gelt & Grassgreen P.C., a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

s/Theodore Z. Gelt
THEODORE Z. GELT
JEFF C. TAUSCHER
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
(303) 830-1200
Fax (303) 830-9400

March 2, 2006

*Attorneys for Plaintiffs*

2306-001

# GELT & GRASSGREEN P.C.

*Attorneys and Counselors at Law*
303 E. 17th Avenue, Suite 910, Denver, CO 80203
303.830.1200 *telephone* 303.830.9400 *fax*
866.670.9316 *toll-free*
gg@gelttaxlaw.com

Theodore Z. Gelt
Randi M. Grassgreen
Jeff C. Tauscher
Kristen L. Sweat

*Of Counsel:*
Jeffrey M. Nobel
Mark A. Vogel

Louis E. Gelt *(1908-1997)*

RECEIVED BY
GELT & GRASSGREEN P.C.
JAN 13 2006

December 28, 2005

**VIA U.S. MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. David Sunshine
5728 S. Galena St.
Greenwood Village, CO 80110

Mr. Kelly T. Hickel
1002 Creek Ct.
Longmont, CO 80503

***RE: Dual Representation***

Dear David and Kelly:

As you know, we currently represent both of you in your tax refund case against the United States. We initially represented both of you in your dispute with the Internal Revenue Service pertaining to its assessment of IRC 6672 penalties against you. We agreed to the dual representation in the Court of Federal Claims because the factual and legal issues involved are substantially the same for both of you. However, due to the different positions you held in Interstate Sweeping, Ltd., it may be in the best interests of one of you to argue that the other had more responsibility for payment of the taxes at issue.

Rule 1.7 of the Rules of Professional Conduct mandates our disclosure of potential conflicts of interest and the possible effects that dual representation may have upon our independent professional judgment on behalf of you. In addition, each client having been fully advised of the potential conflicts of interest and the implications of dual representation must consent to our dual representation.

There are advantages of our dual representation of you and risks of the same. One advantage of dual representation is that we are familiar with the tax issues that presently confront each of you. Another advantage is the potential cost savings in that new counsel will not need to become familiar with the case. As noted above, one risk is that we cannot continue to represent both of you if one of you wishes to allege that the other party had a greater responsibility for payment of the taxes at issue. Therefore, if either of you wishes to allege that the other had so much more control that the person without such control could not have been a responsible person, which may be an additional argument that could be made, we could continue to represent only David and Kelly would have to obtain his own attorney.

EXHIBIT
tabbles
A

Although we believe the representation of each of you will not be adversely affected by our dual representation, please carefully consider the aforementioned implications, advantages and risks. If you have any questions whatsoever regarding our dual representation, please contact our office prior to indicating your consent below. In light of the potential conflict described above, we encourage you to seek advice from outside counsel to review this letter and to obtain advice on the issue of the propriety of executing the same.

Otherwise, having read, considered and fully understood the implications, advantages and risks of the proposed multiple representation as set forth above, please indicate your consent to our dual representation where indicated below.

Best regards,

GELT & GRASSGREEN P.C.

Theodore Z. Gelt

Theodore Z. Gelt, Esq.

TZG/jct

**CONSENT TO DUAL REPRESENTATION**

We, having read, considered and fully understood the implications, advantages and risks of the dual representation by Gelt & Grassgreen P.C. as described above, and having been afforded the opportunity to consult outside counsel regarding same, hereby consent to the dual representation by Gelt & Grassgreen as described above.

1/9/06
Date of Execution

David Sunshine

1/9/06
Date of Execution

Kelly T. Hickel