# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: March 14, 2006)

| | |
|---|---|
| ********************************************** | |
| **DAVID SUNSHINE and KELLY T. HICKEL,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************************** | |

## ORDER

The Court DIRECTS the Clerk of the Court to consolidate this case with *Sunshine v. United States* (No. 06-169). All future filings shall be made in this case, as captioned above.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge