IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

DAVID SUNSHINE and
KELLY T. HICKEL,

Plaintiffs

v.

No. 05-773 T (Chief Judge Damich)

UNITED STATES OF AMERICA,

Defendant

---

MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF,
PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

AND

PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS

---

Theodore Z. Gelt
GELT & GRASSGREEN P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400

ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

DAVID SUNSHINE and
KELLY T. HICKEL,

Plaintiffs

v.

No. 05-773 T (Chief Judge Damich)

UNITED STATES OF AMERICA,

Defendant

---

MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF

---

Theodore Z. Gelt
GELT & GRASSGREEN P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400

ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAVID SUNSHINE and
KELLY T. HICKEL,

Plaintiffs

v.

No. 05-773 T (Chief Judge Damich)

UNITED STATES OF AMERICA,

Defendant

MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF

Plaintiffs ask this honorable court to enter summary judgment on their claims under the Rules of The United States Court of Federal Claims (RCFC) Rule 56. In support of this request, the Plaintiff states:

There are no issues of material fact with respect to plaintiffs having taken all reasonable efforts to ensure the Payroll Taxes would be paid, thereby negating the element of willfulness as required by section 6672. Further, there are no issues of material fact with respect to Internal Revenue Service (IRS) acceptance of the Plan of Reorganization or the fact that the IRS had the means to collect the Payroll Taxes but failed to take minimal action to protect its interests, thereby releasing the plaintiffs from liability. Because there is no genuine issue of material fact with respect to these issues, the plaintiffs are entitled to summary judgment as a matter of law.

Plaintiffs' brief in support of this motion for summary judgment and Plaintiffs' Proposed Findings of Uncontroverted Facts and are submitted herewith.

Therefore, the plaintiffs request that this honorable Court enter summary judgment in favor of the plaintiff David Sunshine on his claims and grant him a refund of $29,934.73 plus statutory interest and plaintiff Kelly Hickel on his claims and grant him a refund of $300 plus statutory interest.

Date: May 26, 2006

Respectfully submitted,

Theodore Z. Gelt

GELT & GRASSGREEN P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Motion for Summary Judgment, Plaintiffs Brief in Support of Motion for Summary Judgment and Plaintiff's Proposed Findings of Uncontroverted Facts was mailed to the following on this ____ day of _____________, 2006:

Jennifer Wilson, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

_______________________________

GELT & GRASSGREEN P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400