**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Motion for Summary Judgment, Plaintiffs Brief in Support of Motion for Summary Judgment and Plaintiff's Proposed Findings of Uncontroverted Facts was mailed to the following on this 26 day of May, 2006:

Jennifer Wilson, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

Sheila K Johnson

GELT & GRASSGREEN P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400