IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of ten (10) days, from July 3, 2006, to and including July 13, 2006, within which to file a response to plaintiffs' motion for summary judgment. This is the first enlargement of time defendant has requested for this purpose.

As good cause for its motion, defendant states that discovery relevant to plaintiffs' motion for summary judgment has not yet been completed, but will be completed within the next three weeks. Defendant's trial attorney conducted three depositions on June 15 and 16, 2006, and has requested rough drafts of the transcripts for use in preparing a response to plaintiffs' motion for summary judgment. In addition, defendant issued a

subpoena for certain bank records relevant to plaintiffs' motion for summary judgment, and expects the records to be delivered by no later than June 30, 2006. Finally, defendant is in the process of obtaining public documents filed in the Interstate Sweeping bankruptcy proceeding, and expects to obtain those documents by the first week of July, 2006. After obtaining the transcripts, bank records, and bankruptcy filings, defendant's trial attorney will need an opportunity to review and incorporate the relevant information into its response to plaintiffs' motion for summary judgment.

Defendant's trial attorney spoke with plaintiffs' counsel on June 15, 2006, and counsel stated that plaintiffs have no objection to the requested enlargement.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Robert J. Higgins
Of Counsel

June 19, 2006