**Internal Revenue Service** **Department of the Treasury**

Small Business-Self Employed
Compliance Services

600 17th Street
Denver, CO 80202

James A. Mogen
Chief Financial Officer
Interstate Sweeping
350 Vallejo Street
Denver, CO 80223

**Person to Contact:**
Pat Taylor #84-01005
**Telephone Number:**
(303) 446-1453
**Refer Reply to:**
5012 DEN
**Date:**
February 27, 2001

Re: Chapter 11 Bankruptcy #99-11500 MSK
Interstate Sweeping Ltd.

Dear Mr. Mogen:

Your plan of reorganization, which was confirmed on March 2, 2000, called for monthly installment payments of $4,262.22 to be paid on the 2nd of each month. We have no record of receiving the payment due February 2, 2001.

This is notice of default of your confirmed plan. If you do not cure this default by March 15, 2001, your account will be sent out for collection without further notice. At that time, the amount of your entire liability, not just the delinquent plan payment, will be due. Additionally, another monthly payment will be due March 2, 2001.

Please make your check payable to the United States Treasury, and remit it to:

Internal Revenue Service
Attn: 5012 DEN - Taylor
600 17th Street
Denver, CO 80202

If you have any questions, please contact the person named above.

Sincerely,

Les Martinez
Chief, Insolvency II

cc: Glen E. Keller, Jr.

GOVERNMENT EXHIBIT 6
PENGAD-Bayonne, N. J.

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

SMALL BUSINESS-SELF EMPLOYED

September 21, 2001

James A. Mogen
Chief Financial Officer
Interstate Sweeping
350 Vallejo Street
Denver, CO 80223

RE: Chapter 11 Bankruptcy #99-11500 MSK
Interstate Sweeping Ltd.

Dear Mr. Mogen:

Your plan of reorganization, which was confirmed on March 2, 2000, called for monthly installment payments of $4,262.22 to be paid on the 2nd of each month. We have no record of receiving the payment due September 2, 2001.

This is notice of default of your confirmed plan. If you do not cure this default by October 10, 2001, your account will be sent out for collection without further notice. At that time, the amount of your entire liability, not just the delinquent plan payment, will be due. Additionally, another monthly payment will be due October 2, 2001.

Please make your check payable to the United States Treasury, and remit it to:

Internal Revenue Service
Attn: 5012 DEN – Taylor
600 17th Street
Denver, CO 80202

If you have any questions, please contact Pat Taylor of my staff at 303-446-1453.

Sincerely,

Gloria J. Olsen

Gloria J. Olsen
Manager, Insolvency 2
SB/SE, Territory 11

Cc: Glen E. Keller, Jr.

GOVERNMENT EXHIBIT
7

PENGAD-Bayonne, N.J.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS-SELF EMPLOYED

October 29, 2001

James A. Mogen
Chief Financial Officer
Interstate Sweeping
350 Vallejo Street
Denver, CO 80223

RE: Chapter 11 Bankruptcy #99-11500 MSK
Interstate Sweeping Ltd.

Dear Mr. Mogen:

Your plan of reorganization, which was confirmed on March 2, 2000, called for monthly installment payments of $4,262.22 to be paid on the 2nd of each month. We have no record of receiving the payment due October 2, 2001.

This is notice of default of your confirmed plan. If you do not cure this default by November 16, 2001, your account will be sent out for collection without further notice. At that time, the amount of your entire liability, not just the delinquent plan payment, will be due. Additionally, another monthly payment will be due November 2, 2001.

Please make your check payable to the United States Treasury, and remit it to:

Internal Revenue Service
Attn: 5012 DEN – Taylor
600 17th Street
Denver, CO 80202

If you have any questions, please contact Pat Taylor of my staff at 303-446-1453.

Sincerely,

for Gloria J. Olsen
Manager, Insolvency 2
SB/SE, Territory 11

Cc: Glen E. Keller, Jr.

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
8

2914107810132-0

Form **941** (Rev January 1999) Department of the Treasury Internal Revenue Service

# Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.
Please type or print.

Enter state code for state in which deposits were made ONLY if different from state in address to the right ▶ (see page 2 of instructions).

| | | |
|---|---|---|
| Name (as distinguished from trade name): INTERSTATE SWEEPING, LTD. | Date quarter ended: 6/30/99 | OMB No 1545-0029 |
| Trade name, if any | Employer identification number: 84-1458582 | T / FF / FD / FP / I / T |
| Address (number and street): 350 VALLEJO ST | City, state, and ZIP code: DENVER, CO. 80223 | |

If address is different from prior return, check here ▶ ☐ (IRS Use)

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶

If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| Line | Description | | | Line | Amount | Cents |
|---|---|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ 1 | | | | | |
| 2 | Total wages and tips, plus other compensation | | | 2 | 677027 | 29 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | | 3 | 65585 | 58 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | | 4 | | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | | 5 | 65585 | 58 |
| 6 | Taxable social security wages | 6a 677027 29 | × 12.4% (.124) = | 6b | 83951 | 38 |
| | Taxable social security tips | 6c | × 12.4% (.124) = | 6d | | |
| 7 | Taxable Medicare wages and tips | 7a 677027 29 | × 2.9% (.029) = | 7b | 19633 | 79 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ ☐ | | | 8 | 103585 | 17 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ ____ ± Fractions of Cents $ ____ ± Other $ ____ = | | | 9 | | 02 |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | | 10 | 103585 | 15 |
| 11 | Total taxes (add lines 5 and 10) | | | 11 | 169170 | 73 |
| 12 | Advance earned income credit (EIC) payments made to employees | | | 12 | | |
| 13 | Net taxes (subtract line 12 from line 11). If $1,000 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | | 13 | 169170 | 73 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | | 14 | 40039 | 35 |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | | 15 | 129131 | 38 |

RECEIVED
FEB 23 2000
DIRECTOR INT REV

16 Overpayment. If line 14 is more than line 13, enter excess here ▶ $ ____
and check if to be: ☐ Applied to next return OR ☐ Refunded.

- All filers: If line 13 is less than $1,000, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here ▶ ☐

17 Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor.

| (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
|---|---|---|---|
| 61348.40 | 53384.46 | 54437.87 | 169170.73 |

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ [signature] Print Your Name and Title ▶ PRESIDENT Date ▶ 2/21/00

For Privacy Act and Paperwork Reduction Act Notice, see back of form. Cat. No 17001Z Form **941** (Rev. 1-99)

GOVERNMENT EXHIBIT 9
PENGAD-Bayonne, N. J.

AF000023

29141078101131-0

Form **941** (Rev. January 1999)
Department of the Treasury Internal Revenue Service

# Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.
Please type or print.

Enter state code for state in which deposits were made ONLY if different from state in address to the right ▶ (see page 2 of instructions).

| | |
|---|---|
| Name (as distinguished from trade name): INTERSTATE SWEEPING, LTD. | Date quarter ended: 9/30/99 |
| Trade name, if any | Employer identification number: 84-1458582 |
| Address (number and street): 350 VALLEJO ST | City, state, and ZIP code: DENVER, CO. 80223 |

OMB No 1545-0029
T
FF
FD
FP
I
T

If address is different from prior return, check here ▶ ☐ IRS Use

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| Line | Description | | Line | Amount | Cents |
|---|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | | | |
| 2 | Total wages and tips, plus other compensation | | 2 | 806236 | 94 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | 3 | 83483 | 04 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | 4 | | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | 5 | 83483 | 04 |
| 6 | Taxable social security wages | 6a 806236 94 × 12.4% (.124) = | 6b | 99297 | 08 |
| | Taxable social security tips | 6c × 12.4% (.124) = | 6d | | |
| 7 | Taxable Medicare wages and tips | 7a 806236 94 × 2.9% (.029) = | 7b | 23380 | 87 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ ☐ | | 8 | 122677 | 95 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ ____ ± Fractions of Cents $ ____ ± Other $ ____ = | | 9 | | 01 |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | 10 | 122677 | 96 |
| 11 | Total taxes (add lines 5 and 10) | | 11 | 206161 | 00 |
| 12 | Advance earned income credit (EIC) payments made to employees | | 12 | | |
| 13 | Net taxes (subtract line 12 from line 11). If $1,000 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | 13 | 206161 | 00 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | 14 | 75614 | 76 |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | 15 | 130546 | 24 |

RECEIVED FEB 22 2000 DIRECTOR INT REV

16 Overpayment. If line 14 is more than line 13, enter excess here ▶ $ ____
and check if to be: ☐ Applied to next return. OR ☐ Refunded.

- All filers: If line 13 is less than $1,000, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here ▶ ☐

17 Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor.

| (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
|---|---|---|---|
| | | | |

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.
Signature ▶ [signature] Print Your Name and Title ▶ PRES., DSS Date ▶ 2/21/00

For Privacy Act and Paperwork Reduction Act Notice, see back of form. Cat. No. 17001Z Form **941** (Rev 1-99)

TC 599 CC 69

GOVERNMENT EXHIBIT 10
PENGAD-Bayonne, N.J.

AF000024

29141078089690

Form **941** (Rev January 1999)
Department of the Treasury Internal Revenue Service

# Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.

Please type or print.

Enter state code for state in which deposits were made ONLY if different from state in address to the right ▶ (see page 2 of instructions).

Name (as distinguished from trade name): INTERSTATE SWEEPING, LTD.

Date quarter ended: 12/31/99

Trade name, if any

Employer identification number: 84-1458582

Address (number and street): 350 VALLEJO ST

City, state, and ZIP code: DENVER, CO. 80223

OMB No 1545-0029

T
FF
FD
FP
I
T

If address is different from prior return, check here ▶ ☐ (IRS Use)

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶

If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ 1 | | | | |
| 2 | Total wages and tips, plus other compensation | | | 2 | 872313 26 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | | 3 | 93018 36 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | | 4 | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | | 5 | 93018 36 |
| 6 | Taxable social security wages | 6a 805635 68 | × 12.4% (.124) = | 6b | 99898 83 |
| | Taxable social security tips | 6c | × 12.4% (.124) = | 6d | |
| 7 | Taxable Medicare wages and tips | 7a 872313 26 | × 2.9% (.029) = | 7b | 25297 09 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ ☐ | | | 8 | 125195 92 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ ____ ± Fractions of Cents $ ____ ± Other $ ____ = | | | 9 | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | | 10 | 125195 92 |
| 11 | Total taxes (add lines 5 and 10) | | | 11 | 218214 28 |
| 12 | Advance earned income credit (EIC) payments made to employees | | | 12 | |
| 13 | Net taxes (subtract line 12 from line 11). If $1,000 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | | 13 | 218214 28 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | | 14 | 0 |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | | 15 | 218214 28 |

16 Overpayment. If line 14 is more than line 13, enter excess here ▶ $ ________ and check if to be: ☐ Applied to next return OR ☐ Refunded.

- All filers: If line 13 is less than $1,000, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here ▶ ☐

17 Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor.

| (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
|---|---|---|---|
| | | | |

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ [signature] Print Your Name and Title ▶ President Date ▶ 2/21/00

RECEIVED FEB 23 2000 DIRECTOR INT REV

TC 599 CC 69

For Privacy Act and Paperwork Reduction Act Notice, see back of form. Cat. No 17001Z Form **941** (Rev 1-99)

GOVERNMENT EXHIBIT 11

PENGAD-Bayonne, N. J.

AF000025

JUN-07-2002 FRI 11:55 AM COMMUNITY FIRST NB FAX NO. 3037812376 P. 02

**Community First**

Community First National Bank
P.O. Box 1418
Englewood, CO 80150

**OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):**

☐ Single-Party Account ____ ☐ Trust-Separate Agreement ____
☐ Multiple-Party Account ____
☐ Other ____

**RIGHTS AT DEATH (Select One And Initial):**

☐ Single-Party Account ____
☐ Multiple-Party Account With Right of Survivorship ____
☐ Multiple-Party Account Without Right of Survivorship ____
☐ Single-Party Account With Pay On Death ____
☐ Multiple-Party Account With Right of Survivorship and Pay On Death ____

PAY-ON-DEATH BENEFICIARIES: To Add Pay-On-Death Beneficiaries Name One or More:

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**

☐ SOLE PROPRIETORSHIP ☐ PARTNERSHIP
☒ CORPORATION: ☐ FOR PROFIT ☐ NOT FOR PROFIT
☐ ____

BUSINESS: ____
COUNTY & STATE OF ORGANIZATION: ____
AUTHORIZATION DATED: ____

DATE OPENED 2-12-99 BY aaper NLP
INITIAL DEPOSIT $ ____
☐ CASH ☐ CHECK ☐ ____
HOME TELEPHONE # ____
BUSINESS PHONE # 303-777-3838
DRIVER'S LICENSE # ____
EMPLOYER ____
MOTHER'S MAIDEN NAME ____
Name and address of someone who will always know your location: ____

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN: 84-1458582

☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

☐ **NONRESIDENT ALIENS** - I am not a United States person, or if I am an individual, I am neither a citizen nor a resident of the United States.

SIGNATURE: I certify under penalties of perjury the statements checked in this section.

X [signature] 8/11/99
(Date)

©1992 Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form MPSC-LAZ-CO 6/8/98

ACCOUNT NUMBER 4360090539

ACCOUNT OWNER(S) NAME & ADDRESS

INTERSTATE SWEEPING, LTD D.I.P 99115001
350 Vallejo Street
Denver, Co 80223

Operating Account

TYPE OF ACCOUNT
☒ NEW ☐ EXISTING
☒ CHECKING ☐ SAVINGS
☐ MONEY MARKET ☐ CERTIFICATE OF DEPOSIT
☐ NOW ☐ ____

This is your (check one): ☒ Permanent ☐ Temporary account agreement.

Number of signatures required for withdrawal 1
FACSIMILE SIGNATURE(S) ALLOWED? ☒ YES ☐ NO

[X ]

SIGNATURE(S) - THE UNDERSIGNED AGREE(S) TO THE TERMS STATED ON PAGES 1 AND 2 OF THIS FORM, AND ACKNOWLEDGE(S) RECEIPT OF A COMPLETED COPY ON TODAY'S DATE. THE UNDERSIGNED ALSO ACKNOWLEDGE(S) RECEIPT OF A COPY OF AND AGREE(S) TO THE TERMS OF THE FOLLOWING DISCLOSURE(S):

☐ Deposit Account Disclosure ☐ Funds Availability Disclosure
☐ Electronic Funds Transfer Disclosure ☐ TIS Disclosure
☐ ____

(1): [X [signature] ]
David Sunshine
I.D. # ____ D.O.B. 4-7-62

(2): [X [signature] ]
Kelly Hickel
I.D. # ____ D.O.B. 3-11-42

(3): [X ]
I.D. # ____ D.O.B. ____

(4): [X ]
I.D. # ____ D.O.B. ____

AGENCY (POWER OF ATTORNEY) DESIGNATION (Optional): To Add Agency Designation To Account, Name One or More Agents:

(Select One and Initial)
☐ Agency Designation Survives Disability or Incapacity of Parties ____
☐ Agency Designation Terminates on Disability or Incapacity of Parties ____



GOVERNMENT EXHIBIT 12
PENGAD-Bayonne, N.J.

AF001031

**Community First**
Community First National Bank
P.O. Box 1418
Englewood, CO 80150

ACCOUNT NUMBER 4360090539
Closed 6-9-00

**ACCOUNT OWNER(S) NAME & ADDRESS**

INTERSTATE SWEEPING LTD
DEBTOR IN POSSESSION 9911500MSK
350 Vallejo Street
Denver, Co 80223

OPERATING ACCOUNT

**OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):**

☐ Single-Party Account ______ ☐ Trust-Separate Agreement ______
☐ Multiple-Party Account ______
☐ Other ______

**RIGHTS AT DEATH (Select One and Initial):**

☐ Single-Party Account ______
☐ Multiple-Party Account With Right of Survivorship ______
☐ Multiple-Party Account Without Right of Survivorship ______
☐ Single-Party Account With Pay On Death ______
☐ Multiple-Party Account With Right of Survivorship and Pay On Death ______

PAY-ON-DEATH BENEFICIARIES: To Add Pay-On-Death Beneficiaries Name One or More.

**TYPE OF ACCOUNT**

☐ NEW ☒ EXISTING
☒ CHECKING ☐ SAVINGS
☐ MONEY MARKET ☐ CERTIFICATE OF DEPOSIT
☐ NOW ☐ ______

This is your (check one): ☒ Permanent ☐ Temporary account agreement

Number of signatures required for withdrawal ~~1~~ 2

FACSIMILE SIGNATURE(S) ALLOWED? ☒ YES ☐ NO

[x (signature) ]

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**

☐ SOLE PROPRIETORSHIP ☐ PARTNERSHIP
☒ CORPORATION: ☐ FOR PROFIT ☐ NOT FOR PROFIT
☐ ______

BUSINESS COUNTY & STATE OF ORGANIZATION: ______
AUTHORIZATION DATED: ______

**SIGNATURE(S) - THE UNDERSIGNED AGREE(S) TO THE TERMS STATED ON PAGES 1 AND 2 OF THIS FORM, AND ACKNOWLEDGE(S) RECEIPT OF A COMPLETED COPY ON TODAY'S DATE. THE UNDERSIGNED ALSO ACKNOWLEDGE(S) RECEIPT OF A COPY OF AND AGREE(S) TO THE TERMS OF THE FOLLOWING DISCLOSURE(S):**

☐ Deposit Account Disclosure ☐ Funds Availability Disclosure
☐ Electronic Funds Transfer Disclosure ☐ TIS Disclosure
☐ ______

DATE OPENED XX-2-12-99 BY aa/NLP
INITIAL DEPOSIT $ ______
☐ CASH ☐ CHECK ☐ ______
HOME TELEPHONE # ______
BUSINESS PHONE # 303-777-3838
DRIVER'S LICENSE # ______
EMPLOYER ______
MOTHER'S MAIDEN NAME ______
Name and address of someone who will always know your location: ______

(1): [x (signature) ]
I.D. # 523 02 5582 D.O.B 4/7/62

(2): [x James A. Morgan ]
I.D. # 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 D.O.B 3/29/46

(3): [x Larry D. Nelson ]
I.D. # 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 D.O.B 10-22-47

(4): [x ]
I.D. # ______ D.O.B. ______

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN: 84-1458582

☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

☐ **NONRESIDENT ALIENS** - I am not a United States person, or if I am an individual, I am neither a citizen nor a resident of the United States.

SIGNATURE: I certify under penalties of perjury the statements checked in this section.

x L. D. Nelson 12-3-97
(Date)

**AGENCY (POWER OF ATTORNEY) DESIGNATION** (Optional): To Add Agency Designation To Account, Name One or More Agents:

______

(Select One and Initial):
☐ Agency Designation Survives Disability or Incapacity of Parties ______
☐ Agency Designation Terminates on Disability or Incapacity of Parties ______

© 1992 Bankers Systems, Inc., St. Cloud, MN Form CFB-MPSC-CD 12/21/98



GOVERNMENT EXHIBIT 13

AF001032

Account Number: 4360090539
Processing Date: 6/1/99
Amount: 225.97
Check Number: 1537
Type: Debit

31397-00

1537

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

DATE 5/29/99

Prudential Overall $ 225.97

PAY TO THE ORDER OF

Two Hundred Twenty-Five and 97/100 DOLLARS

Community First
National Bank
PO Box 1410
Englewood CO 80150
(303) 701-0940

FOR 02-23-486

⑈001537⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000022597⑈

JE 99 01

06/01/99// 1020-0497-6
NORWEST BANK DENVER CO
374-2669/303-863-6524

▶122000661▶4

1200 N TUSTLE LB,CA 25
05/22/99 1555556333 CA0

00120

DEPOSIT ONLY GIA PRUDENTIAL OVERALL SUPPLY

05/23/99 SSO 85523

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

GOVERNMENT EXHIBIT 14

PENGAD-Bayonne, N. J.

Account Number: 4360090539
Processing Date: 6/3/99
Amount: 6225.17
Check Number: 1595
Type: Debit

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

TELLER #4
JUN 3 '99
DATE
FIRST NATL BANK

1595

6/2/99

PAY TO THE ORDER OF Williams Property $ 6,225.17/100

Sixty-Two Hundred Twenty-Five and 17/100 DOLLARS

Community First National Bank
PO Box 1418
Englewood, CO

FOR Rent E Milito

004CFNB 6/03/99 11024 6,225.17

⑈001595⑈ ⑆107000903⑆ ⑈4360090539⑈ 059 ⑈0000622517⑈

06 03 99

Account Number: 4360090539
Processing Date: 7/14/1999
Amount: 406.03
Check Number: 1766
Type: Debit



1766

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

82-90/1070

DATE 7/7/99

PAY TO THE ORDER OF Superior Supply $ 406.03/100

Four hundred Six and 03/100 DOLLARS

Community First National Bank
P.O. Box 1418
Englewood, CO 80150
(303) 781-0540

FOR 19892 & 19781

⑈001766⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000040603⑈



ENDORSE HERE

For Deposit Only
Superior Supply Inc.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Account Number: 4360090539
Processing Date: 8/9/1999
Amount: 737.37
Check Number: 1962
Type: Debit

1962

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

82-90/1070

DATE 8/9/99

PAY TO THE ORDER OF Robert Kull $ 737.37

Seven Hundred Thirty-Seven and 37/100 DOLLARS

Community First National Bank
PO Box 1418
Englewood, CO 80150
(303) 781-0640

FOR Farris Machinery

⑈001962⑈ ⑆107000903⑆ ⑈4360090539⑈ 059 ⑈0000073737⑈

---

ENDORSE HERE

Robert Kull
Co 96251025801
7-28-05

08/09/1999 05-004-2020

CO COMMUNITY FIRST

Account Number: 4360090539
Processing Date: 9/14/99
Amount: 774.94
Check Number: 2141
Type: Debit

2141

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

DATE 9-9-99. 82-90/1070

PAY TO THE ORDER OF Silco $ 774.94

Seven hundred seventy four and 94/100 DOLLARS

Community First National Bank
PO Box 7418 • Englewood, CO 80150
(303) 781-0540
Telephone Banking 800-414-3246

FOR 371641

⑈002141⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000077494⑈

FOR DEPOSIT ONLY
SILCO DISTRIBUTING CO.
WHOLESALE LOCK BOX
1018070847

SE 99 14

0064 24033

Account Number: 4360090539
Processing Date: 9/30/99
Amount: 1500.00
Check Number: 2178
Type: Debit

2178

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

DATE 9/17/99

PAY TO THE ORDER OF Napa Auto Parts $ 1500.00

fifteen hundred + 00 DOLLARS

Community First National Bank
PO Box 1418 - Englewood, CO 80150

FOR Petty cash

⑈002178⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000150000⑈

SE 99 30
1020-0019-9
SE 99 29

5870007 092899 REDLANDS CENTENNIAL
>122241954<

SEP 28 99

PAY TO THE ORDER OF
REDLANDS CENTENNIAL BANK
122241954
FOR DEPOSIT ONLY
REDLANDS AUTO PARTS AND
PAINT SUPPLY DBA NAPA

Account Number: 4360090539
Processing Date: 10/15/99
Amount: 691.00
Check Number: 2320
Type: Debit



2320

11241

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

DATE 10-7-99

PAY TO THE ORDER OF Steelock $ 691.00

Six hundred ninety one and no/100 DOLLARS

Community First National Bank
PO Box 1418 • Englewood, CO 80150
(303) 761-0540
Telephone Banking 800-414-3285

FOR

⑈002320⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000069100⑈



For Deposit Only
STEELOCK CORP
STEELOCK FENCE CO
ACCT. 0607500004701

71428693 10/12/1999 2013 @ 1 DEFAULT
71428693 POSITION

Account Number: 4360090539
Processing Date: 11/8/99
Amount: 2449.74
Check Number: 2452
Type: Debit


2452

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION #9911500MSK
350 VALLEJO ST.
DENVER, CO 80223

DATE 11/2/99

$ 2449.74

PAY TO THE ORDER OF Viking Jeep

Two thousand four hundred forty nine and 74/100 DOLLARS

Community First National Bank

FOR

⑈002452⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000244974⑈


PAY TO THE ORDER OF
ARROWHEAD CREDIT UNION
SAN BERNARDINO, CA
FOR DEPOSIT ONLY
VIKING AUTO CENTER INC.

Account Number: 4360090539
Processing Date: 12/24/1999
Amount: 575.00
Check Number: 5332
Type: Debit

5332

**INTERSTATE SWEEPING, LTD.**
DEBTOR IN POSSESSION # 9911500MSK
350 VALLEJO STREET
DENVER, CO 80223
(303) 777-3838

COMMUNITY FIRST
NATIONAL BANK
ENGLEWOOD, CO 80150
82-90-1070

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 005332 | 12/15/99 | 3350DV |

PAY FIVE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS******

CHECK AMOUNT
$***********575.00

TO THE ORDER OF
3-M'S CONSTRUCTION
953 Dawson St.
Aurora CO 80011

NSF

12-21-1999

Security features included. Details on back.

⑈005332⑈ ⑆107000903⑆ ⑈4360090539⑈ ⑈0000057500⑈

