DAVIS, GRAHAM & STUBBS LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

GLEN E. KELLER, JR.
(303) 303-892-7424
glen.keller@dgslaw.com

SUITE 4700
370 SEVENTEENTH STREET
DENVER, COLORADO 80202
MAILING ADDRESS
POST OFFICE BOX 185
DENVER, COLORADO 80201-0185
TELEPHONE 303-892-9400 TELEX 413726 DGS DVR UD
FACSIMILE 303-893-1379 CABLE DAVGRAM, DENVER

BOULDER, CO OFFICE
VIEW POINT ON THE PARKWAY
4410 ARAPAHOE AVENUE
SUITE 200
BOULDER, COLORADO 80303
TELEPHONE 303-544-5900
FACSIMILE 303-544-6997

February 23, 2000

Ms. Patricia Taylor
Acting Chief - Insolvency II
Internal Revenue Service
600 Seventeenth Street, 3rd Floor
Mail Stop 5012 DEN
Denver, CO 80202

Re: Interstate Sweeping, Ltd,; EID No. 84-145-8542 and
IG Services Group, LLC, EID 84-141-2960

Dear Ms. Taylor:

Pursuant to our agreement at our meeting on February 22, 2000, we have caused a search to be made of the payments which the Debtor-in-Posession has made on its post-petition payroll taxes. We have enclosed copies, front and back, of each check written by the Debtor-in-Posession after the petition on February 11, 1999. We hope these are of assistance to you in evaluating the proposals made by Sweepco, LLC, the co-proponent of the plan.

Sincerely,

Glen E. Keller, Jr.
for
Davis, Graham & Stubbs LLP

GOVERNMENT EXHIBIT 15

| | |
|---|---|
| 0• | C |
| 10,741•03 | + |
| 11,791•59 | + |
| 603•64 | + |
| 4,282•49 | + |
| 7,101•35 | + |
| 296•82 | + |
| 3,755•40 | + |
| 7,941•01 | + |
| 142•02 | + |
| 1,370•91 | + |
| 3,932•16 | + |
| 7,697•85 | + |
| 31•37 | + |
| 76•50 | + |
| 2,405•47 | + |
| 7,938•08 | + |
| 3,911•30 | + |
| 8,979•98 | + |
| 3,553•71 | + |
| 8,196•02 | + |
| 7,470•95 | + |
| 4,324•29 | + |
| 4,483•65 | + |
| 7,900•37 | + |
| 4,041•81 | + |
| 9,486•33 | + |
| 30,711•35 | + |
| 162,157•44 | * |

Interstate Sweeping, Ltd.
Debtor in Possesi #9911500MSK
350 Vallejo Street
Denver, CO 80223

3002

82-90/1070

DATE 2/19/99

PAY TO THE ORDER OF Community First National Bank $10,741.03

Ten thousand seven hundred forty one and 03/100 DOLLARS

Colorado Community First National Bank P.O. Box 1418 303-761-0540 Englewood, CO 80150

FOR See attached

MAR 10 99 107000903 COMM. FIRST NAT'L BANK

004CFNB 3-10-99

⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0001074103

---

Interstate Sweeping, Ltd.
Debtor in Possession #9911500MSK
350 Vallejo Street
Denver, CO 80223

3003

82-90/1070

DATE 2/26/99

PAY TO THE ORDER OF Community First National Bank $11,791.59

Eleven thousand seven hundred ninety one and 59/100 DOLLARS

Colorado Community First National Bank P.O. Box 1418 303-761-0540 Englewood, CO 80150

FOR See attached

107000903 COMM. NAT'L BANK

004CFNB 3-10-99#078 $11,791.59 D

⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0001179159

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING,LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/02/1999 645

82-90
1070

$*****603.64

PAY ****************************** SIX HUNDRED THREE AND 64/100 Dollars

TELLER #3

107000903 COMM. FIRST NAT'L BANK

630-02851 P:990302 D:000000 E:00000 C: 645

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

CBS PAYROLL THE TOTAL PAYROLL SOLUTION

003CFNB 3-16-99#007 $603.64 D

⑈000645⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000060364

03/15/99 107000903 0101283579

DEPOSITORY RECEIPT
MAR 10 99
Comm. First Nat'l Bank Englewood CO 82-135

COLORADO COMMUNITY FIRST NATL BANK
03 10 99
ENGLEWOOD, CO 80110

MAR 10 99

The security features listed below, as well as those not listed, exceed industry guidelines.

Results of document alteration:

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

03/10/99 107000903 0101283578

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MAR 10 99
Comm. First Nat'l Bank Englewood, CO 82-135

FIRST NATL BANK
03 10 99
ENGLEWOOD, CO 80110
(303) 761-0540

MAR 10 99

The security features listed below, as well as those not listed, exceed industry guidelines.

Results of document alteration:

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

03/16/99 107000903 0101371563

X

DEPOSITORY RECEIPT
MAR 16 99

IF YOU DO NOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

03 16 99

MAR 16 99

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO
3/05/1999
689
82-90-1070

$****4,282.49

PAY ************** FOUR THOUSAND TWO HUNDRED EIGHTY TWO AND 49/100 Dollars

630-02851 P:990305 D:000000 E:00000 C: 689

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

TELLER #3
MAR 17 '99
107000903
COMM. FIRST NAT'L BANK

003CFNB 3-16-99#005 $4,282.49 0

⑈000689⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000428249

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150
3/05/1999
321
82-90-1

$****7,101.35

PAY ************************ SEVEN THOUSAND ONE HUNDRED ONE AND 35/100 Dollars

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

TELLER #3
MAR 17 '99
107000903
COMM. FIRST NAT'L BANK

003CFNB 3-16-99#006 $7,101.35 0

⑈003219⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈000071013

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150
3/05/1999
322
82-90-1

$*****286.8

PAY ********************************** TWO HUNDRED EIGHTY SIX AND 82/100 Dollars

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

TELLER #3
MAR 17 '99
107000903
COMM. FIRST NAT'L BANK

003CFNB 3/16/99#004 $286.82 0

059 ⑈00000286 8

03/16/99 107000903 0101371565

FED DEPOSITORY RECEIPT

MAR 16 99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

03 16 99

MAR 15 99

03/16/99 107000903 0101371564

FED DEPOSITORY RECEIPT

MAR 16 99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

COLORADO FIRST NATL BANK 03 16 99 ENGLEWOOD, CO (303)

MAR 15 99

03/16/99 107000903 0101371566

FED DEPOSITORY RECEIPT

MAR 16 99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

Colorado First Natl. Bank Englewood, CO 82-135

COLORADO FIRST NATL BANK 03 16 99 ENGLEWOOD, CO (303) 761-0540 107000903

MAR 15 99

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/12/1999 732
82-90
1070

$***3,755.40

PAY************THREE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 40/100 Dollars

TELLER #3
FIRST NATL BANK
COMM.
107000903

630-02851 P:990312 D:000000 E:00000 C: 732

To The Order of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

003CFNB 3-19-99#088 $3,755.40 B

⑈000732⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000375540⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150

3/12/1999 3282
82-90-10

$***7,941.01

PAY**************SEVEN THOUSAND NINE HUNDRED FORTY ONE AND 01/100 Dollars

TELLER #3
MAR 1999
FIRST NATL BANK
COMM.
107000903

To The Order of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

003CFNB 3-19-99#087 $7,941.01 B

059 ⑈0000794101⑈

⑈003282⑈ ⑆107000903⑆ ⑈436009054 7⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/15/1999 737
82-90
1070

$*****142.02

PAY ONE HUNDRED FORTY TWO AND 02/100 Dollars

630-02851 P:990315 D:000000 E:00000 C: 737

To The Order of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000737⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000014202

03/19/99 107000903 01014370[illegible]

MAR 19 99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

---

03/19/99 107000903 0101437027

MAR 19 99

COLORADO COMMUNITY FIRST NAT'L BANK

03 19 99

ENGLEWOOD, CO 80110

(303) 781-0540

107000903

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

---

05/05/99 107000903 0101953371

MAY 05 99

Comm. First Nat'l Bank Englewood, CO 82-135

05 05 99

ENGLEWOOD, CO 80110

(303) 781-0540

107000903

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

INTERSTATE SWEEPING LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/16/1999 749
82-90
1070

$***1,370.91

PAY*****************ONE THOUSAND THREE HUNDRED SEVENTY AND 91/100 Dollars

630-02851 P:990316 D:000000 E:00000 C: 749

To The Order Of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000749⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000137091

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING,LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/19/1999 790
82-90
1070

$***3,932.16

PAY*************THREE THOUSAND NINE HUNDRED THIRTY TWO AND 16/100 Dollars

630-02851 P:990319 D:000000 E:00000 C: 790

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000790⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000393216

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING,LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150

3/19/1999 333
82-90-1

$***7,697.85

PAY*************SEVEN THOUSAND SIX HUNDRED NINETY SEVEN AND 85/100 Dollars

To The Order of COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

059 ⑈0000769785

⑈003333⑈ ⑆107000903⑆ ⑈436009054 7⑈

05/05/99 107000903 0101955370

05/05/99 107000903 0101955369

05/05/99 107000903 0101955373

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/23/1999 794
82-90
1070

$******31.37

PAY ****************************************THIRTY ONE AND 37/100 Dollars

630-02851 P:990323 D:000000 E:00000 C: 794

To The Order Of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000794⑈ ⑆107000903⑆ ⑈4360090547⑈ 059 ⑈0000003137

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/24/1999 796
82-90
1070

$******76.50

PAY ****************************************SEVENTY SIX AND 50/100 Dollars

630-02851 P:990324 D:000000 E:00000 C: 796

To The Order Of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000796⑈ ⑆107000903⑆ ⑈4360090547⑈ 059 ⑈0000007650

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

3/26/1999 836
82-90
1070

$***2,405.47

PAY *********************TWO THOUSAND FOUR HUNDRED FIVE AND 47/100 Dollars

630-02851 P:990326 D:000000 E:00000 C: 836

To The Order Of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000836⑈ ⑆107000903⑆ ⑈4360090547⑈ 059 ⑈0000240547

05/05/99 107000903 0101953365

FED DEPOSITORY RECEIPT

MAY 05 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

05 05 99

05/05/99 107000903 0101953367

FED DEPOSITORY RECEIPT

MAY 05 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

05 05 99

05/05/99 107000903 0101953366

FED DEPOSITORY RECEIPT

MAY 05 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

05 05 99

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK ENGLEWOOD 150 3/26/1999 3386 82-90-1070

$***7,938.08

PAY**********SEVEN THOUSAND NINE HUNDRED THIRTY EIGHT AND 08/100 Dollars

630-02680 P:990328 D:000000 E:00000 C: 3386

To The Order Of COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈003386⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000793808

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK ENGLEWOOD, CO 4/02/1999 880 82-90 1070

$***3,911.30

PAY**********THREE THOUSAND NINE HUNDRED ELEVEN AND 30/100 Dollars

630-02851 P:990402 D:000000 E:00000 C: 880

To The Order Of COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000880⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000391130

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK ENGLEWOOD, CO 80150 4/02/1999 344 82-90-

$***8,979.98

PAY***********EIGHT THOUSAND NINE HUNDRED SEVENTY NINE AND 98/100 Dollars

To The Order Of COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

004CFNB 5/06/99#004 $40,039.35 D

059 ⑈0000897998

05/05/99 107000903 0101953371

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

FED DEPOSIT RECEIPT MAY 05 '99

05 05 99

05/05/99 107000903 0101953365

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

FED DEPOSIT RECEIPT MAY 05 '99

05 05 99

05/05/99 107000903 0101953374

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE *

FED DEPOSIT RECEIPT MAY 05 '99

05 05 99

(303) 791-0540

107000903

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, C

4/09/1999 920

82-90
1070

$***3,553.71

PAY************THREE THOUSAND FIVE HUNDRED FIFTY THREE AND 71/100 Dollars

630-02851 P:990409 D:000000 E:00000 C: 920

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

⑈000920⑈ ⑆107000903⑆ ⑈436009054?⑈ 059 ⑈0000355371

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150

4/09/1999 3499

82-90-1070

$***8,196.02

PAY***************EIGHT THOUSAND ONE HUNDRED NINETY SIX AND 02/100 Dollars

TELLER #4
6 '99
107000903
COMM.
FIRST NAT'L BANK

630-02680 P:990409 D:000000 E:00000 C: 3499

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

004CFNB 7-06-99#045 $15,666.97 B

⑈003499⑈ ⑆107000903⑆ ⑈436009054?⑈ 059 ⑈0000819602

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150

4/16/1999 3556

82-90-1070

$***7,470.95

PAY****************SEVEN THOUSAND FOUR HUNDRED SEVENTY AND 95/100 Dollars

TELLER #4

630-02680 P:990416 D:000000 E:00000 C: 3556

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

004CFNB 7/06/99#045 $15,666.97 B

⑈003556⑈ ⑆107000903⑆ ⑈436009054?⑈ 059 ⑈0000747095

05/05/99 107000903 0101555544

FED DEPOSITORY RECEIPT

MAY 05 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

05 05 '99

---

CO COMMUNITY FIRST 21201600 1
07/06/1999 02-004-1820 1500
107000903

FED DEPOSITORY RECEIPT

JUL 06 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

07 06 99

JUL -6 99

5444

---

CO COMMUNITY FIRST 21201600 1
07/06/1999 02-004-1820 1500
107000903

JUL 06 '99

Comm. First Nat'l Bank
Englewood CO

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

07 06 99

ENGLEWOOD, CO 80110
(303) 761-0340

JUL -6 99

5443

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

4/16/1999 960
82-90
1070

$***4,324.28

PAY ************FOUR THOUSAND THREE HUNDRED TWENTY FOUR AND 28/100 Dollars

630-02851 P:990416 D:000000 E:00000 C: 960

To The Order of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

AUG 18 99
10700903
COMM.
FIRST NAT'L BANK

941 TRUST FUND

⑈000960⑈ ⑆107000903⑆ ⑈4360090547⑈ 059 ⑈0000432428⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO

4/23/1999 997
82-90
1070

$***4,483.65

PAY ***********FOUR THOUSAND FOUR HUNDRED EIGHTY THREE AND 65/100 Dollars

630-02851 P:990423 D:000000 E:00000 C: 997

To The Order of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

AUG 18 99
10700903
COMM.
FIRST NAT'L BANK

941 TRUST FUND

⑈000997⑈ ⑆107000903⑆ ⑈4360090547⑈ 059 ⑈0000448365⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

INTERSTATE SWEEPING, LTD.
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150

4/23/1999 3613
82-90-1070

$***7,900.37

PAY ************************SEVEN THOUSAND NINE HUNDRED AND 37/100 Dollars

630-02680 P:990423 D:000000 E:00000 C: 3613

To The Order of
COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

TELLER
AUG 18 99
10700903
COMM.
FIRST NAT'L BANK

941 TRUST FUND

⑈003613⑈ ⑆107000903⑆ ⑈4360090547⑈ 059 ⑈0000790037⑈

FED DEPOSITORY RECEIPT

AUG 18 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

68227

AUG 18 99

CO COMMUNITY FIRST 21201 60001
08/18/1999 02-021-0070 1F00

---

X

AUG 18 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

68226

AUG 18 99

CO COMMUNITY FIRST 21201 60001
08/18/1999 02-021-0060 1F00

---

X

AUG 18 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

68228

AUG 18 99

CO COMMUNITY FIRST 21201 60001
08/18/1999 02-021-0080 1F00

INTERSTATE SWEEPING, LTD. — COMMUNITY FIRST NATIONAL BANK — 04/30/1999 — 1037
DEBTOR IN POSSESSION — ENGLEWOOD — 82-90/1070
CASE# 99-11500 MSK
32220 OUTER HWY 10
REDLANDS, CA 92374
909-446-8782

$***4,041.81

PAY*************FOUR THOUSAND FORTY ONE AND 81/100 Dollars

630-02851 P:990430 D:000000 E:00000 C: -1037

To The Order of: COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

941 TAX FUND

⑈001037⑈ ⑆107000903⑆ ⑈436009054 7⑈ 059 ⑈0000404181⑈

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

**INTERSTATE SWEEPING, LTD.**
DEBTOR IN POSSESSION
CASE# 99-11500 MSK
350 VALLEJO STREET
DENVER, CO 80223
303-777-3838

COMMUNITY FIRST NATIONAL BANK
ENGLEWOOD, CO 80150

4/30/1999 3775
82-90-1070

$***8,486.33

PAY*************EIGHT THOUSAND FOUR HUNDRED EIGHTY SIX AND 33/100 Dollars

TELLER #3
AUG 18 '99
FIRST NATIONAL BANK

To The Order of COMMUNITY FIRST NATIONAL BANK
941 PAYROLL TAX DEPOSIT
84-1458582

941 TAX FUND

003CFNB 8-18-99#035 $29,236.44 D

059 ⑈0000848633⑈

⑈003775⑈ ⑆107000903⑆ ⑈436009054 7⑈

⑆107000903⑆ 436009054 7⑈ 059 ⑈0000848633⑈

---

2172

**INTERSTATE SWEEPING, LTD.**
**DEBTOR IN POSSESSION #9911500MSK**
350 VALLEJO ST.
DENVER, CO 80223

DATE 9/16/99 82-90/1070

PAY TO THE ORDER OF Community First ~~National~~ $ 30,711.35

Thirty Thousand seven Hundred eleven and 35/100 DOLLARS

#4
SEP 17 '99

Community First National Bank
P.O. Box 1418 • Englewood, CO 80150
(303) 761-0540
Telephone Banking 800-414-2289

FOR 1241/3837/4035/4170 ~~Hourly~~ Payer

004CFNB 9-17-99#031 $30,711.35 D

⑈002172⑈ ⑆107000903⑆ ⑈436009053 9⑈ 059 ⑈0003071135⑈

RECEIPT

AUG 18 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

CO COMMUNITY FIRST 21201E0001
08/18/1999 02-021-0050 1P00

RECEIPT

AUG 18 '99

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK, DO NOT CASH THIS CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

08 18 99

CO COMMUNITY FIRST 21201E0001
08/18/1999 02-021-0040 1P-1

FED DEPT RECEIVED SEP 17 '99 Englewood, CO First Nat'l Bank 82-135

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

ENGLEWOOD, CO 80110
(303) 761-0540
107060983

SEP 17 99

CO COMMUNITY FIRST 21201E0001
09/17/1999 02-011-0050 1P00

Security features listed below, as well as those not listed, exceed industry guidelines.

Results of document alteration:
- Small type in signature line appears as dotted line when photocopied
- Stains or spots appear with chemical alteration
- Omission of foil accent
- Absence of "Original Document" verbiage on back of check

# SUNSHINE v. UNITED STATES

May 2, 2006

CASE NO.05-773-T

DEPOSITION OF
JAMES HILL

**ORIGINAL**

**Mackereth Lombritto & Associates, Inc.**
**Specializing in Digital Litigation Services**
Serving all of Colorado since 1989

GOVERNMENT EXHIBIT 16

PENGAD-Bayonne, N. J.

02:42:35 pre-confirmation?
02:42:37 A. Sure. It was David Sunshine and Kelly
02:42:41 Hickel.
02:42:41 Q. Any other names that you can remember?
02:42:43 A. Vern Tharp, Judy Cerand. Butch Hartman.
02:42:56 I'm sure there were a couple other people as well,
02:42:59 but those are the ones that I remember.
02:43:01 Q. Okay. And what were their roles with
02:43:05 Interstate Sweeping?
02:43:07 A. You know, I'm not sure exactly. I think
02:43:13 Cerand might have been in accounting, and Hartman
02:43:16 was operations. Tharp, I think, was somehow
02:43:19 involved with the financial side of the business,
02:43:21 as well, but I'm not sure.
02:43:26 Q. How did you -- how did you -- how do you
02:43:29 know that, or why do you think that?
02:43:31 A. Just because I remember the names. They
02:43:34 were all employees of Interstate, and they were all
02:43:38 at the Interstate office.
02:43:40 Q. Okay. If you know, during the
02:43:45 pre-confirmation period, who wrote checks on behalf
02:43:48 of Interstate Sweeping?
02:43:50 A. I don't know, specifically.
02:43:52 Q. Do you know generally?
02:43:56 A. I would think it's probably Mr. Hickel

02:43:58 and Mr. Sunshine. And there might have been other
02:44:00 employees that did, too, but I don't know for sure.
02:44:03 Q. Okay. Did you write any checks on
02:44:10 behalf of Interstate Sweeping during the
02:44:12 pre-confirmation period?
02:44:13 A. No.
02:44:14 Q. Did anyone from Sweepco?
02:44:17 A. Not that I can recall.
02:44:18 Q. Did anyone -- did you or anyone else
02:44:27 from Sweepco, that you're aware of, have a stamp
02:44:31 with Mr. Sunshine or Mr. Hickel's signature that
02:44:34 anyone would have used to stamp Interstate checks?
02:44:37 A. No.
02:44:38 Q. Okay. During this pre-confirmation
02:44:44 period who, if you know, entered into contracts on
02:44:47 behalf of Interstate Sweeping?
02:44:49 A. The people at Interstate Sweeping.
02:44:51 Q. Okay. So either Sunshine, Hickel,
02:44:55 Hartman, Tharp, or Cerand?
02:44:59 A. Yes.
02:45:00 Q. If you know, how were financial
02:45:01 decisions being made, either large scale or small
02:45:04 scale during the pre-confirmation period?
02:45:08 A. Badly.
02:45:09 Q. Other than badly, how -- were they being

1.2.1.5.14
(Approved 02-02-1993)
**P–5–60**

(1) **Trust Fund Recovery Penalty Assessments:** The trust fund recovery penalty, applicable to withheld income and employment (social security and railroad retirement) taxes or collected excise taxes, will be used to facilitate the collection of tax and enhance voluntary compliance. If a business has failed to collect or pay over income and employment taxes, or has failed to pay over collected excise taxes, the trust fund recovery penalty may be asserted against those determined to have been responsible and willful in failing to pay over the tax. Responsibility and willfulness must both be established. The withheld income and employment taxes or collected excise taxes will be collected only once, whether from the business, or from one or more of its responsible persons.

(2) Collection of the withheld income and employment taxes or collected excise taxes is achieved when the Service's right to retain the amount collected is established.

(3) **Determination of Responsible Persons:** Responsibility is a matter of status, duty, and authority. Those performing ministerial acts without exercising independent judgment will not be deemed responsible.

(4) In general, non-owner employees of the business entity, who act solely under the dominion and control of others, and who are not in a position to make independent decisions on behalf of the business entity, will not be asserted the trust fund recovery penalty. The penalty shall not be imposed on unpaid, volunteer members of any board of trustees or directors of an organization referred to in section 501 of the Internal Revenue Code to the extent such members are solely serving in an honorary capacity, do not participate in the day-to-day or financial operations of the organization, and/or do not have knowledge of the failure on which such penalty is imposed.

(5) In order to make accurate determinations all relevant issues should be thoroughly investigated. An individual will not be recommended for assertion if sufficient information is not available to demonstrate he or she was actively involved in the corporation at the time the liability was not being paid. However, this shall not apply if the potentially responsible individual intentionally makes information unavailable to impede the investigation. Field investigations to determine the trust fund recovery penalty liability will be conducted promptly to enhance access to relevant information and reduce burden to taxpayers.

(6) Absent statute considerations, assertion recommendations normally will be withheld in cases of approved and adhered to business installment agreements and bankruptcy payment plans. To the extent necessary, information will be gathered to support a possible assessment in the event the agreement is defaulted.

(7) **Application of Payments in Determining Trust Fund Recovery Penalty Assessments (effective for assessments where notices of TFRP liability are issued on or after June 19, 2000):** Any payment made on the business account is deemed to represent payment of the nontrust fund portion of the tax liability (e.g., employer's share of FICA)



PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
17