IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

**UNITED STATES' PROPOSED FINDINGS**
**OF UNCONTROVERTED FACT**

---

The United submits the following proposed findings of uncontroverted fact with respect to relevant matters not covered by plaintiffs' proposed findings, pursuant to RCFC 56(h)(2):

1. Plaintiff Kelly Hickel was the Chief Executive Officer of Interstate Sweeping, Ltd. ("Interstate") before 1999, and at least through July, 1999. *See* Exhibit 1, Affidavit of Kelly T. Hickel; Exhibit 3, Kelly Hickel deposition transcript excerpts (at 75:4-79:19).[1]

---

[1]All of the exhibits referenced in the United States' Proposed Findings of Uncontroverted Fact are included in the Appendix attached to the United States' Brief in

2. Plaintiff David Sunshine was the President of Interstate prior to and throughout the bankruptcy proceeding. *See* Exhibit 2, Affidavit of David Sunshine; Exhibit 4, David Sunshine deposition transcript excerpts (at 41:7-42:21).

3. At some point during the Interstate Chapter 11 bankruptcy proceeding, Sweepco, LLC ("Sweepco") became a co-proponent of the bankruptcy Plan of Reorganization. *See* Exhibit 5, First Amended Disclosure Statement (at Section III.B.).

4. After the Plan of Reorganization was confirmed, Reorganized Interstate received notices of default from the Internal Revenue Service regarding the monthly installment payments required by the Plan of Reorganization on February 27, 2001, September 21, 2001, and October 29, 2001. *See* Exhibits 6, 7, and 8.

5. On February 21, 2000, Interstate submitted Quarterly Employment Tax Returns for the second, third, and fourth quarters of 1999, indicating that the full amount required for the payroll tax deposition had not been paid for each quarter. *See* Exhibits 9, 10, and 11.

6. Plaintiff David Sunshine's signature appears on Interstate's Quarterly Employment Tax Returns for the second, third, and fourth quarters of 1999.

---

Opposition to Plaintiffs' Motion for Summary Judgment.

*See* Exhibits 9, 10, and 11.

7. A signature card for Interstate's debtor-in-possession operating account shows that plaintiffs had check signing authority as of February 12, 1999. *See* Exhibit 12.

8. A second signature card for Interstate's debtor-in-possession operating account shows that plaintiff David Sunshine, Larry Nelson, and James Mogen had check signing authority as of December 3, 1997. *See* Exhibit 13.

9. During the last three quarters of 1999, Interstate made payments from its operating account to creditors. *See* Exhibit 14.[2]

10. Interstate made payroll tax depositions in February, March, April, and September, 1999. *See* Exhibit 15.

11. Plaintiff David Sunshine's signature appears on all of the operating account checks and payroll tax deposit checks included in Exhibits 14 and 15.

[2]The canceled checks included in Exhibit 14 are selected in order to be illustrative for the sake of convenience. The exhibit does not include all of the canceled checks that the United States has obtained for Interstate's operating account, which number in the hundreds, but the United States will present the complete set of checks as an exhibit at trial.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Robert J. Higgins
Of Counsel

July 13, 2006