# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: August 2, 2006)

| | |
|---|---|
| **DAVID SUNSHINE and KELLY T. HICKEY,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

**ORDER**

On July 31, 2006, Plaintiff filed a "Rely to Defendant's Response to Plaintiffs' Proposed Finding of Uncontroverted Facts." The Rules of the U.S. Court of Federal Claims do not provide for filing a reply to a non-moving party's response to proposed findings of fact. Accordingly, the Court DIRECTS the Clerk of the Court to STRIKE those portions of the document that serve as a reply to Defendant's response to Plaintiff's proposed factual findings. The document also contains revisions to Plaintiff's proposed findings of fact. The Court will permit Defendant to respond to Plaintiff's revised factual findings if it so chooses. The deadline for filing a response to Plaintiff's revised findings is August 23, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge