# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: October 5, 2006)

**************************************
DAVID SUNSHINE and KELLY T. HICKEL, Plaintiffs,

v.

THE UNITED STATES, Defendant.
**************************************

**ORDER**

The Court hereby **ORDERS** that, on or before October 13, 2006, the parties shall complete and file a "Proposed Pre-Trial Order" (select this "event" in the menu "Other Documents" under electronic case filing (ECF)), suggesting the dates for service, filing, and/or provision to chambers of various pre-trial submissions. This Court's Proposed Trial Preparation Order has been posted as a fill-in-the-blank Adobe Acrobat PDF form on the website of the Court of Federal Claims (available at: http://www.uscfc.uscourts.gov/Biosnew.htm).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge