IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 05-773 T and 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

**PLAINTIFF HICKEL'S UNOPPOSED MOTION FOR LEAVE TO CHANGE ATTORNEY OF RECORD**

---

Plaintiff, Kelly T. Hickel, by and through undersigned counsel (and with present counsel's complete consent), pursuant to Rule 83.1(c)(4), of the Rules Of The United States Court Of Federal Claims, hereby respectfully moves for leave of this Court to change his attorney of record in the above-captioned. In support thereof, Plaintiff Hickel shows the Court as follows:

Mr. Hickel has engaged Steven R. Anderson, who was duly admitted to practice before this Court on June 29, 1995, to represent him in the above-captioned action in substitution of his current attorney of record, Theodore Z. Gelt (attached hereto as Exhibit "A" please see Mr. Anderson's Affidavit of Appointment).

## CONSENT OF EXISTING COUNSEL OF RECORD

Mr. Gelt fully concurs with the Court's granting of this motion, and hereby respectfully requests that this Court enter an Order withdrawing his appearance as attorney of record for Plaintiff Hickel in the above-captioned.

Mr. Anderson, on March 27, 2007, discussed this motion with Counsel for the Government, Jennifer Wilson, who indicated that the Government would not oppose the Court's granting of this motion.

WHEREFORE, Defendant, Kelly T. Hickel, respectfully moves that this Court enter an Order granting this Unopposed Motion for Leave To Change Attorney of Record, and, thereby, (i) enter Steven R. Anderson as Plaintiff Hickel's attorney of record in the above-captioned, and (ii) remove Theodore Z. Gelt as Mr. Hickle's attorney of record in the above-captioned.

Dated: April 13, 2007

***s/Steven R. Anderson***

Steven R. Anderson
ANDERSON & JAHDE, PC
2100 W. Littleton Blvd., #300
Littleton CO 80120
PH: 303 782 0001
FX: 303 782 0055
Email: Steven@AndersonJahde.com

Dated: April 13, 2007

***s/Theodore Z. Gelt***

Theodore Z. Gelt
GELT & GRASSGREEN, PC
303 E. 17th Ave., #910
Denver CO 80203
PH: 303 830 1200
FX: 303 830 9400

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Unopposed Motion for Leave to Change Attorney of Record* was served upon the filing as indicated on April 13, 2007:

***Via Facsimile, U.S. Mail and email:***

Jennifer P. Wilson, Esquire
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office BOX 26
Ben Franklin Station
Washington, D.C. 20044

Facsimile - 202-514-9440

*s/ Linda Sanders*

Linda Sanders