IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 05-773 and 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**AFFIDAVIT OF APPOINTMENT OF STEVEN R. ANDERSON AS COUNSEL FOR KELLY T. HICKEL**

STATE OF COLORADO

County of Arapahoe

I, Steven Robert Anderson, being over 18 years of age, and, being first duly sworn, state as follows:

1. The statements herein are, to the best of my knowledge, information and belief, true and correct.

2. During March, 2007, Mr. Kelley T. Hickel, requested that I represent him in the above-captioned action, and that I enter my appearance on his behalf, in substitution of his current attorney of record, Mr. Theodore Z. Gelt, of the law firm of Gelt & Grassgreen, PC, located at 303 E. 7th Ave., #810, Denver, Colorado, 80203.

3. I have agreed to represent Mr. Hickel in the above-captioned action, and I have been appointed by him to do so.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: April 13, 2007

***S/Steven R. Anderson***

Steven R. Anderson