# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: May 25, 2007)

**************************************
*
**DAVID SUNSHINE and KELLY T. HICKEL,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

**ORDER**

On April 26, 2007, the Court held a status conference to discuss the parties' joint proposal to change the date on which trial will commence and the status of settlement negotiations. In light of that discussion, the Court has since drafted a revised pre-trial order, attached hereto, that reflects both the parties' request to revise the schedule for trial and the fact that each Plaintiff is now represented by separate counsel.

The parties are hereby ORDERED to review the attached "Draft Pre-Trial Order." Should any party seek to propose a revision (or revisions) thereto, the parties shall confer and file a Joint Status Report, on or before **June 8, 2007**, addressing such proposed revision(s). In the event, however, that the attached "Draft Pre-Trial Order" is amenable to all the parties, it shall not be necessary to file a Joint Status Report.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge