IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 05-773 T and 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**JOINT STATUS REPORT**

The Parties, by and through their respective counsel, pursuant to this Court's Order of May 25, 2007 [Doc. 39], respectfully submit as their Joint Status Report the following:

On June 1, 2007, the Parties conferred telephonically to discuss the Court's Draft Pre-Trial Order (herein, the "Draft Order"). Several critical scheduling conflicts were noted to exist between the Draft Order and counsels' schedules. Specifically, on October 9, 2007, counsel for Mr. Hickel is scheduled to start a four week trial in The United States District Court, For The District Of Colorado (case no. 06-CR-00294-PSF); and, counsel for the United States is scheduled to be in a two week trial during October, 2007.[1] Hence, the Parties

[1] As the Court may recall, these conflicts were, at least in part, reasons upon which the Parties previously requested that the trial date of the above-captioned be rescheduled.

mutually agreed (subject to the Court's approval) to request that some of the significant dates set forth in the Draft Order be revised to reflect the following:

a. Plaintiffs to submit their Proposed Findings of Fact: **November 5, 2007.**

b. Defendant to submit their Proposed Findings of Facts: **November 19, 2007.**

c. Plaintiffs' rebuttal to Defendant's Proposed Findings of Fact: **November 26, 2007.**

d. Meeting of Counsel: **December 6, 2007.**

e. All counsel file Joint Statement of Good Faith Conduct, Joint Notice of Proposed Procedures for Sequestration, pretrial motions, and objections to proposed witnesses or exhibits: **December 13, 2007.**

f. Objections to opposing party's motions: **December 20, 2007.**

g. Each Plaintiff's Memorandum of Fact and Law: **December 27, 2007.**

h. Defendant's Responsive Memorandum of Fact and Law: **January 3, 2007.**

i. Pretrial Conference: **January 7, 2007.**

For ease of reference, the Parties have drafted a new Pre-Trial Order incorporating the foregoing proposed changes, a copy of which is being filed as Exhibit A hereto.

Respectfully submitted:

| | |
|---|---|
| Dated: June 4, 2007 | Dated: June 4, 2007 |
| ***s/Steven R. Anderson*** | ***s/Theodore Z. Gelt*** |
| Steven R. Anderson<br>ANDERSON & JAHDE, PC | Theodore Z. Gelt<br>GELT & GRASSGREEN, PC |

2100 W. Littleton Blvd., #300
Littleton CO 80120
PH: 303 782 0001
FX: 303 782 0055
Email: Steven@AndersonJahde.com

303 E. 17th Ave., #910
Denver CO 80203
PH: 303 830 1200
FX: 303 830 9400

Dated June 4, 2007

***s/ Jennifer P. Wilson***

Jennifer P. Wilson, Esquire
Attorney of Record
U.S. Department of Justice,
Tax Division
Post Office BOX 26
Ben Franklin Station
Washington, D.C. 20044
PH: 202
FX: 202 514 9440