IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 22, 2007, the parties submit the following status report detailing the progress of their settlement negotiations.

Counsel for Sunshine and Hickel submitted settlement offers to the United States on April 6, 2007, and April 9, 2007, respectively. Counsel for Sunshine submitted an alternative settlement offer on April 17, 2007. The initial settlement offers were rejected by the United States on June 14, 2007. However, counsel for the parties continued to engage in settlement negotiations. On August 29, 2007, counsel for Hickel submitted a revised written settlement offer and counsel for Sunshine submitted one orally. It is anticipated that, within the next two weeks, Sunshine's counsel will commit his oral proposal to writing. Counsel for the parties anticipate that they will complete their settlement negotiations, either by reaching a settlement or

agreeing that no settlement can be reached, prior to the first trial preparation deadline identified in the Court's revised pre-trial order (November 5, 2007).

Counsel propose that they file a joint status report on or before October 5, 2007, further detailing the status of settlement negotiations in this case.

Respectfully submitted,

s/Theodore Z. Gelt
THEODORE Z. GELT
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
(303) 830-1200
Fax (303) 830-9400

*Attorney for Plaintiff Sunshine*

s/Steven R. Anderson
STEVEN R. ANDERSON
Anderson & Jahde, P.C.
2100 W. Littleton Blvd., #300
Littleton, CO 80120
(303) 782-0001
Fax (303) 782-0055

*Attorney for Plaintiff Hickel*

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Robert J. Higgins
Of Counsel

August 31, 2007