# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: September 19, 2007)

| | |
|---|---|
| ************************************ | |
| | * |
| **DAVID SUNSHINE and KELLY T. HICKEL,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On September 19, 2007, the Court held a status conference to discuss the state of settlement negotiations. In light of the parties' indication that negotiations are on-going, it is hereby ORDERED that the parties file a joint status report on or before **Friday, October 26, 2007**, detailing any further progress toward reaching a settlement agreement. It is further ordered that a telephonic status conference be held on **Wednesday, October 31, 2007, at 3:00pm** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be off the record, unless either party requests that an audio-recording device or a reporter be present. Such a request must be made at least five business days in advance of the conference.

The parties are reminded that the first deadline of the Court's June 22, 2007, trial preparation order is November 5, 2007, by which date the Plaintiffs' case in chief must be submitted to Defendant.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge