IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**JOINT STATUS REPORT AND**
**MOTION FOR SUSPENSION OF PROCEEDINGS**

Pursuant to the Court's order dated September 19, 2007, the parties submit the following status report detailing the progress of their settlement negotiations.

Counsel for Sunshine and Hickel submitted initial settlement offers to the United States on April 6, 2007, and April 9, 2007, respectively. Counsel for Sunshine submitted an alternative settlement offer on April 17, 2007. The initial settlement offers were rejected by the United States on June 14, 2007. However, counsel for the parties continued to engage in settlement negotiations.

Counsel for Hickel submitted a revised settlement offer on August 29, 2007. By letter dated September 19, 2007, counsel for the United States raised a question regarding one of the proposed terms. After counsel resolved the question through a series of telephone calls, counsel for the United States sent a letter to counsel for Hickel, dated October 3, 2007, restating the

terms of Hickel's settlement offer. Counsel for Hickel countersigned the letter on October 10, 2007, indicating that the terms, as restated, were correct. Trial counsel for the United States will recommend that Hickel's revised settlement offer be accepted in combination with acceptance of the revised settlement offer by Sunshine (discussed in the next paragraph). However, until a formal acceptance is issued by an authorized official on behalf of the Attorney General, in this case the Court of Federal Claims Section Chief, there is no settlement agreement. It is anticipated that trial counsel's recommendation will be submitted to the Court of Federal Claims Section Chief for review within three weeks, and that the Section Chief will complete his review within one week.

Counsel for Sunshine submitted a revised settlement offer by letter dated September 7, 2007. By letter dated September 19, 2007, counsel for the United States raised a question regarding one of the proposed terms. Counsel are continuing to discuss and research the question raised in the government's September 19 letter, and expect that they will be able to resolve the question within three weeks. Although the answer to this question will impact one of the terms of Sunshine's offer, trial counsel for the United States is nonetheless confident that she will recommend that Sunshine's revised settlement offer be accepted in combination with acceptance of the revised settlement offer by Hickel. However, until a formal acceptance is issued by an authorized official on behalf of the Attorney General, in this case the Court of Federal Claims Section Chief, there is no settlement agreement. It is anticipated that trial counsel's recommendation will be submitted to the Court of Federal Claims Section Chief for review within three weeks, and that the Section Chief will complete his review within one week.

The anticipated time required for the parties to complete the settlement process described in the preceding paragraphs is four weeks from the filing date of this status report, or November 26, 2007. According to the Court's revised pre-trial order, dated June 22, 2007, plaintiffs are scheduled to serve their Joint Proposed Findings of Fact in addition to other documents on or before November 5, 2007. In order to allow the ongoing settlement process to be completed, counsel request that the Court suspend further proceedings pending resolution of the settlement process.

In addition, counsel propose that they submit a status report on or before November 26, 2007, detailing the progress of their settlement negotiations.

Respectfully submitted,

s/Theodore Z. Gelt
THEODORE Z. GELT
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
(303) 830-1200
Fax (303) 830-9400

*Attorney for Plaintiff Sunshine*

s/Steven R. Anderson
STEVEN R. ANDERSON
Anderson & Jahde, P.C.
2100 W. Littleton Blvd., #300
Littleton, CO 80120
(303) 782-0001
Fax (303) 782-0055

*Attorney for Plaintiff Hickel*

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Jennifer P. Wilson
Of Counsel

October 26, 2007