# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: November 6, 2007)

*************************************
*
**DAVID SUNSHINE and KELLY T. HICKEL,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

On October 31, 2007, the Court held a status conference to discuss the parties' October 26, 2007 motion for a stay of proceedings. The parties requested that all proceedings be stayed pending settlement negotiations, which the parties anticipate will be concluded by November 26, 2007.

The Court hereby GRANTS the parties' motion to stay proceedings. Because the stay of proceedings will interfere with deadlines of the Court's trial preparation order of June 22, 2007, the trial commencement shall be moved to **July 15, 2008**.

The parties shall file a joint status report on **November 30, 2007**, describing the status of their settlement negotiations. If settlement negotiations have not resulted in a definite settlement agreement by November 30, the joint status report shall also include a proposed revised trial preparation schedule leading up to the new trial date of July 15, 2008. A template for the Court's standard trial preparation order can be found on the United States Court of Federal Claims website at http://www.cofc.uscourts.gov/Biosnew.htm by clicking on the link "Proposed Trial preparation Order."

In addition, a telephonic status conference shall be held on **December 4, 2007**, at 3:00pm Eastern Time. One business day before the conference, counsel for each party shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to

provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via an audio-recording device, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge