IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 6, 2007, the parties submit the following status report detailing the progress of their settlement negotiations.

Counsel for Sunshine and Hickel submitted initial settlement offers to the United States on April 6, 2007, and April 9, 2007, respectively. Counsel for Sunshine submitted an alternative settlement offer on April 17, 2007. The initial settlement offers were rejected by the United States on June 14, 2007.

Counsel for Hickel submitted a revised settlement offer on August 29, 2007. By letter dated September 19, 2007, counsel for the United States raised a question regarding one of the proposed terms. After counsel resolved the question through a series of telephone calls, counsel for the United States sent a letter to counsel for Hickel, dated October 3, 2007, restating the

terms of Hickel's settlement offer. Counsel for Hickel countersigned the letter on October 10, 2007, indicating that the terms, as restated, were correct.

Trial counsel for the United States will recommend that Hickel's revised settlement offer be accepted in combination with acceptance of the revised settlement offer by Sunshine (discussed in the next paragraph). However, until a formal acceptance is issued by an authorized official on behalf of the Attorney General, in this case the Court of Federal Claims Section Chief, there is no settlement agreement. It is anticipated that trial counsel's recommendation will be submitted to the Court of Federal Claims Section Chief for review, and that the Section Chief will complete his review by no later than December 14, 2007.

Counsel for Sunshine submitted a revised settlement offer by letter dated September 7, 2007. By letter dated September 19, 2007, counsel for the United States raised a question regarding one of the proposed terms. Counsel discussed and researched the question raised in the government's September 19 letter, and were able to resolve the question with finality this week. Counsel for the United States sent a letter to counsel for Sunshine, dated November 28, 2007, restating the terms of Sunshine's settlement offer. Counsel for Sunshine countersigned the letter on November 29, 2007, indicating that the terms, as restated, were correct.

Counsel for the United States will recommend that Sunshine's revised settlement offer be accepted in combination with acceptance of the revised settlement offer by Hickel. However, until a formal acceptance is issued by an authorized official on behalf of the Attorney General, in this case the Court of Federal Claims Section Chief, there is no settlement agreement. It is anticipated that trial counsel's recommendation will be submitted to the Court of Federal Claims Section Chief, and that the Section Chief will complete his review by no later than

December 14, 2007.

The parties are mindful of the Court's instruction in the November 6, 2007, order to submit a proposed revised trial preparation schedule in the event that a final settlement agreement has not been reached as of the date this status report is submitted. However, based upon the progress made in settlement negotiations since the last status conference, counsel expect that no trial will be required and therefore request that this instruction be postponed until the filing date of the next joint status report. Counsel propose that the next joint status report be submitted on or before January 4, 2008.

Respectfully submitted,

s/Theodore Z. Gelt
THEODORE Z. GELT
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
(303) 830-1200
Fax (303) 830-9400

*Attorney for Plaintiff Sunshine*

s/Steven R. Anderson
STEVEN R. ANDERSON
Anderson & Jahde, P.C.
2100 W. Littleton Blvd., #300
Littleton, CO 80120
(303) 782-0001
Fax (303) 782-0055

*Attorney for Plaintiff Hickel*

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Steven I. Frahm
Of Counsel

November 30, 2007