# In the United States Court of Federal Claims

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)

(Filed: December 3, 2007)

*************************************
**DAVID SUNSHINE and KELLY T. HICKEL,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*************************************

**ORDER**

On October 26, 2007, the parties filed a motion requesting that all proceedings be stayed pending settlement negotiations, which the parties anticipated would be concluded by November 26, 2007. On November 6, 2007, the Court granted the parties' motion, rescheduled the trial to commence on July 15, 2008, and ordered the parties to submit a joint status report on or before November 30, 2007.

Pursuant to the Court's order, the parties filed a joint status report on November 30, stating that both Plaintiffs have now clarified their revised settlement offers for Government counsel and that Government counsel will recommend that the offers be accepted in combination. Review by an authorized official on behalf of the Attorney General is expected to be completed by December 14, 2007. Though a settlement agreement has not been finalized, the parties stated that they "expect that no trial will be required" and requested that the next joint status report be submitted on or before January 4, 2008.

The Court GRANTS the parties request to extend the stay of proceedings. A joint status report describing the parties' progress toward concluding settlement activities shall be filed on or before **January 4, 2008.** The telephonic status conference scheduled for December 4, 2007, is therefore cancelled.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge