IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

**JOINT STATUS REPORT**

---

Pursuant to the Court's order dated December 3, 2007, the parties submit the following status report detailing the progress of their settlement negotiations.

Counsel for Sunshine and Hickel submitted initial settlement offers to the United States on April 6, 2007, and April 9, 2007, respectively. Counsel for Sunshine submitted an alternative settlement offer on April 17, 2007. The initial settlement offers were rejected by the United States on June 14, 2007.

Counsel for Hickel submitted a revised settlement offer on August 29, 2007. By letter dated September 19, 2007, counsel for the United States raised a question regarding one of the proposed terms. After counsel resolved the question through a series of telephone calls, counsel for the United States sent a letter to counsel for Hickel, dated October 3, 2007, restating the terms of Hickel's settlement offer. Counsel for Hickel countersigned the letter on October 10, 2007,

indicating that the terms, as restated, were correct. A formal acceptance was issued to counsel for Hickel by an authorized official on behalf of the Attorney General, in this case the Court of Federal Claims Section Chief, on December 13, 2007.

Counsel for Sunshine submitted a revised settlement offer by letter dated September 7, 2007. By letter dated September 19, 2007, counsel for the United States raised a question regarding one of the proposed terms. Counsel discussed and researched the question raised in the government's September 19 letter, and were able to resolve the question with finality by November 28, 2007. Counsel for the United States sent a letter to counsel for Sunshine, dated November 28, 2007, restating the terms of Sunshine's settlement offer. Counsel for Sunshine countersigned the letter on November 29, 2007, indicating that the terms, as restated, were correct. A formal acceptance was issued to counsel for Sunshine by an authorized official on behalf of the Attorney General, in this case the Court of Federal Claims Section Chief, on December 13, 2007.

The parties anticipate that the settlement process will be completed, and that they will file stipulations of dismissal with prejudice by no later than January 25, 2008.

Pursuant to RCFC Appendix E, Rule 20(b), counsel for the United States represents that counsel for Sunshine and Hickel consented to the filing of this joint status report.

Respectfully submitted,

s/Theodore Z. Gelt
THEODORE Z. GELT
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
(303) 830-1200
Fax (303) 830-9400

*Attorney for Plaintiff Sunshine*

s/Steven R. Anderson
STEVEN R. ANDERSON
Anderson & Jahde, P.C.
2100 W. Littleton Blvd., #300
Littleton, CO 80120
(303) 782-0001
Fax (303) 782-0055

*Attorney for Plaintiff Hickel*

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
Fax (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

s/Robert J. Higgins
Of Counsel

January 4, 2008