IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the complaint and the counterclaim in the above-entitled consolidated cases be dismissed with prejudice with respect to David Sunshine, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

Dec. 18, 2007
Date

THEODORE Z. GELT
Gelt & Grassgreen P.C.
303 East 17th Avenue, Suite 910
Denver, CO 80203
Telephone: 303-830-1200
Facsimile: 303-830-9400

*Attorney for Plaintiff Sunshine*

Jan. 11, 2008
Date

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-6495
Facsimile: 202-514-9440
E-mail: jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

1/11/2008
Date

Of Counsel