IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-773 T and No. 06-169 T
(CONSOLIDATED)
(Chief Judge Damich)

---

DAVID SUNSHINE and KELLY T. HICKEL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the complaint and the counterclaim in the above-entitled consolidated cases be dismissed with prejudice with respect to Kelly T. Hickel, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

1/7/08
Date

STEVEN R. ANDERSON
Anderson & Jahde, P.C.
2100 W. Littleton Blvd., #300
Littleton, CO 80120
Telephone: (303) 782-0001
Facsimile: (303) 782-0055

*Attorney for Plaintiff Hickel*

Jan. 11, 2008
Date

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-6495
Facsimile: 202-514-9440
E-mail: jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ROBERT J. HIGGINS
Reviewer

1/11/2008
Date

Of Counsel